TUCKER ELLIS LLP
Matthew I. Kaplan (State Bar No. 177242)
matthew.kaplan@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

FAEGRE BAKER DANIELS LLP
SARAH L. BREW (*pro hac vice* pending)
sarah.brew@faegrebd.com
CHRISTINE R. M. KAIN (*pro hac vice* pending)
christine.kain@faegrebd.com
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600

(Additional Counsel Listed on Signature Page)

Attorneys for Defendant
CYTOSPORT, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, and LOGAN REICHERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYTOSPORT, INC., a California Corporation,<br><br>Defendant. | Case 15-CV-0165L DHB<br><br>[Hon. M. James Lorenz]<br><br>DEFENDANT CYTOSPORT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT<br><br>Date:      May 18, 2015<br>Time:      No Oral Argument<br>Courtroom: 5B |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant CytoSport, Inc. ("CytoSport") hereby moves pursuant to Fed. R. Civ. Proc. Rule 12(b)(6) for an order of this Court dismissing Plaintiffs' Class Action Complaint on the basis that it fails to state a claim upon which relief can be granted and is subject to primary jurisdiction stay or dismissal.

If the Court orders the parties to appear for oral argument, the Motion will come on hearing before the Honorable M. James Lorenz, in Courtroom 5B, 5th Floor, Suite 5145, 221 West Broadway, San Diego, CA 92101 on May 18, 2015.

This Motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the pleadings and papers on file herein, all other matters of which the court must or may take judicial notice, and upon such other and further evidence and argument as may be submitted at or before the hearing on this matter.

DATED: March 30, 2015                    TUCKER ELLIS LLP

By:   s/Matthew I. Kaplan
      Matthew I. Kaplan
Attorneys for Defendant
CYTOSPORT, INC.
E-mail: matthew.kaplan@tuckerellis.com

NEIL, DYMOTT, FRANK, MCFALL & TREXLER
David Patrick Burke (State Bar No. 200120)
dburke@neil-dymott.com
1010 Second Avenue, Suite 2500
San Diego, CA 92101
Telephone: 619.238.1712
Facsimile: 619.238.1562

# CERTIFICATE OF SERVICE

I, Anna Maria Dukeslaw, certify and declare as follows:

I am over the age of 18 years and not a party to this action. I am employed by the law firm Tucker Ellis LLP, and my business address is 515 South Flower Street, 42nd Floor, Los Angeles, California 90071.

On the date indicated below, a true and correct copy of the document entitled **DEFENDANT CYTOSPORT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** was served electronically and will be available for viewing and downloading from the Court's CM/ECF system.

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Southern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Southern District of California and ECF registered in this Court, at whose direction the service was made and that the foregoing is true and correct.

Executed on March 30, 2015, at Los Angeles, California.

| Anna Maria Dukeslaw | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |