UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, et al.,<br>　　　　　　　Plaintiffs,<br>v.<br>CYTOSPORT, INC.,<br>　　　　　　　Defendant. | Case No.: 15-cv-00165-L(DHB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR CONTINUANCE OF CLASS CERTIFICATION DEADLINES, BRIEFING SCHEDULE, AND EXTENDED PAGE LIMITS**<br><br>**(ECF No. 82)** |

On April 21, 2016, the parties filed a Joint Motion for Continuance of Class Certification Deadlines, Briefing Schedule, and Extended Page Limits. (ECF No. 82.) Upon review, the Court **GRANTS IN PAR**T and **DENIES IN PART** the joint motion. Good cause appearing, the Court extends the deadlines to complete class discovery and file a motion for class certification, as follows:

　　1.　　All discovery that relates to class certification must be completed by all parties on or before **August 1, 2016**.

　　2.　　Plaintiffs' class certification motion shall be FILED on or before **September 9, 2016**.

1

3. All other guidelines and requirements pertaining to class discovery and the class certification motion outlined in the Court's prior scheduling order remain in effect. (*See* ECF No. 75.)

However, the parties' requests that the Court set a modified briefing schedule on Plaintiffs' class certification motion and authorize excessive page limits related to any such motion are DENIED. To the extent the parties require a modified briefing schedule and excessive page limits at the time of filing Plaintiffs' motion for class certification, the parties shall make any such requests to the district judge.

IT IS SO ORDERED.

Dated: April 22, 2016

DAVID H. BARTICK
United States Magistrate Judge

2

15-cv-00165-L(DHB)