FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Mark L. Knutson, Esq. (SBN 131770)
mlk@classactionlaw.com
William R. Restis, Esq. (SBN 246823)
wrr@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiffs
and the Putative Classes

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, and LOGAN REICHERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYTOSPORT, INC., a California corporation,<br><br>Defendant. | Case No: 3:15-cv-00165-L-DHB<br><br>**DECLARATION OF NICK SUCIU III IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>The Honorable M. James Lorenz<br><br>Complaint Filed: January 23, 2015 |

I, Nick Suciu III, declare as follows:

1. I am a partner in the law firm of Barbat, Mansour & Suciu PLLC ("BMS"), co-lead counsel of record for Plaintiffs in this matter. I have been admitted in this court Pro Hac Vice and am a member in good standing of the bar of the state of Michigan. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification of the above captioned class action. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. BMS, founded in 2014, specializes in personal injury, product liability, and class actions related to dietary supplement labeling and marketing. Our firm also provides legal advice to companies related to Food and Drug Administration ("FDA") regulation compliance, labeling, marketing, and manufacturing.

3. I am a founding partner of BMS and have extensive experience and knowledge regarding the dietary, bodybuilding, and sports supplement industry and the science behind these supplements. I have represented several dietary, bodybuilding, and sports supplements manufacturers and retailers and advised these clients in the areas of FDA regulatory, advertising and marketing law. I am also dedicated to fighting to protect consumers from sports nutrition and dietary supplement manufacturers who intend to mislead consumers with their labeling and marketing claims.

4. I have been co-counsel in numerous class action lawsuits against some of the top selling dietary supplement companies in the country, to help ensure that consumers are receiving the proper information regarding their purchases of dietary supplements.

5. The following is a list of BMS's currently pending cases:

- *Segovia, et al. v. Vitamin Shoppe, Inc.*, United States District Court, S.D.N.Y. Case No. 14-cv-07061-NSR. Misleading label claims of Defendant's protein products.
- *Gubala, et al. v. Allmax Nutrition, Inc.,* et al., United States District Court, N.D. Ill. Case No. 1:14-cv-09299. Misleading label claims of Defendants' protein products.
- *Gubala v. CVS Health Corp.*, United States District Court, N.D. Ill. Case No. 1:14-cv-09039. Misleading label claims of Defendant's protein product.
- *DiFrancesco, et al. v. Utz Quality Foods, Inc.* United States District

- 2 -
DECLARATION OF NICK SUCIU III IN SUPPORT OF  Case No. 3:15-cv-00165-L-DHB
MOTION FOR CLASS CERTIFICATION

Court of Mass. Case No. 1:14-cv-14744-DPW. Misleading "All-Natural" label claims of Defendant's snack products.

- *Nazari v. Target Corporation*, United States District Court, E.D. Cal. Case No. 2:16-cv-02015-WBS-GGH. Misleading label claims of Defendant's Aloe Gel products.

- *Waitzman v. Walgreens Boots Alliance, Inc. d/b/a Walgreen Co.,* United States District Court, N.D. Ill. Case No. 1:16-cv-08129. Misleading label claims of Defendant's Aloe Gel products.

- *La Tanya James et al v. Fruit of the Earth, Inc.,* United States District Court, N.D. Cal. Case No. 4:16-cv-03014-YGR. Misleading label claims of Defendant's Aloe Gel products.

- *Bordenet v. CVS Health Corporation*, United States District Court, N.D. Ill. Case No. 1:16-cv-06103. Misleading label claims of Defendant's Aloe Gel products.

- *Johnston v. General Nutrition Corporation*, United States District Court, W.D. PA. Case No. 2:15-cv-01562. Illegal compounds found in products.

- *Kaskorkis v. General Nutrition Centers, Inc.,* United States District Court, S.D. Cal. Case No. 3:16-cv-00990-WQH-JLB. Misleading sales practices.

- *Debernardis v. Metabolic Nutrition, Inc*., United States District Court, N.D. Ill. Case No. 1:15-cv-10808. Illegal compounds found in products.

- *Vigil v. Mars, Inc*., United States District Court, N.D. Cal. Case No. 3:16-cv-03818. Misleading label claims of Defendant's Uncle Ben's Ready Rice Products.

- *Jacobs et. al. v. L'Oreal USA, Inc*., United States District Court, S.D. NY. Case No. 1:16-cv-06593. Misleading label claims of Defendants' hair relaxer product.

- *Dabish et. al. v. Musclepharm Corp.,* United States District Court, S.D. Cal. Case No. 3:15-cv-02848. Misleading label claims of Defendant's products.
- *Dabish v. Brand New Energy, LLC*, United States District Court, S.D. Cal. Case No. 3:16-cv-00400-BAS-NLS. Illegal compounds found in products.
- *Philliben et. al. v. Uber Technologies, Inc*., United States District Court, N.D. Cal. Case No. 3:14-cv-05615. Fees associated with Safe Ride program.
- *Muir v. NBTY, Inc*., United States District Court, N.D. Ill. Case No. 1:15-cv-09835. Misleading label claims of Defendant's products.
- *Porter v. NBTY, Inc*., United States District Court, N.D. Ill. Case No. 1:15-cv-11459. Misleading label claims of Defendant's protein products.

6. In 2014, I was appointed Co-Lead Counsel by the Honorable Edward M. Chen in the United States District Court for the Northern District of California in Wagner, et. al. v. Driven Sports, et. al., Case No. C13-5239. Illegal compound found in Defendants' product.

I declare under penalty of perjury that this declaration is true and correct.

Executed this 29th day of August 2016, at Bloomfield Hills, Michigan.

/s/ Nick Suciu III
Nick Suciu III
Attorney for Plaintiffs
nicksuciu@bmslawyers.com