**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, AND LOGAN REICHERT, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>CYTOSPORT, INC.,<br><br>                          Defendant. | Case No. 15-CV-165 L (DHB) |

**EXPERT DECLARATION OF JEFFREY E. HARRIS**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

September 7, 2016

**Introduction**

1. I am a Professor of Economics at the Massachusetts Institute of Technology. I have held the rank of tenured full professor since 1998. As an MIT faculty member, I have regularly taught courses in health economics and microeconomics [1]. (Numbers in brackets refer to endnotes.)

2. From the completion of my medical residency until April 2006, I practiced medicine as a primary care physician at the Massachusetts General Hospital in Boston, Massachusetts. Since February 2006, I have been working as an internist in community health centers in Rhode Island, and am currently an internist at Providence Community Health Centers.

3. In my capacity as an economist and physician, I have written scholarly articles in peer-reviewed journals, advised numerous government agencies, given invited testimony before U.S. Congressional committees, and served as an invited member of committees of the National Academy of Sciences.

4. During the course of my medical practice, I have cared for thousands of patients. I have counseled nearly all of them on such preventive health issues as diet, exercise, smoking, nutritional supplements, and screening for disease.

5. I have served a number of times as an expert witness in class action litigation concerning alleged fraudulent misrepresentation by sellers of consumer products.

6. I attach my current curriculum vitae to this report, which includes all publications that I have authored in the last 10 years. I also attach a listing of all cases in which I have given trial or deposition testimony as an expert in the last 4 years.

7. In addition, I attach a listing of all materials that I have considered or relied upon in forming my opinions in this declaration.

8. I am being compensated at an hourly rate of $800 for all preparation and testimony.

9. In the event that I receive additional relevant information, I may supplement this declaration.

**Background**

10. Plaintiffs have alleged that Defendant Cytosport, Inc. markets powdered and ready-to-drink (RTD) protein supplements "in a systematically misleading manner,

stating that its products have ingredients, characteristics and benefits that they do not." ([2] at ¶1).

11. Plaintiffs specifically claim that Defendant has misrepresented (1) the amount of protein in its RTD products, (2) the presence of free-form L-glutamine in some of its powdered products, and (3) the fact that its powdered products are "lean" or contain "lean lipids" ([2] at ¶¶1–7; [3] at 1). For the purposes of this expert declaration, counsel for Plaintiffs has asked me to offer opinions on the first claim, which I refer to here as the "protein-RTD claim."

12. Plaintiffs have proposed a nationwide class covering all purchasers of Defendant's RTD and powdered products in the United States within four years of the filing of their complaint on January 15, 2015. They have also proposed state-specific subclasses consisting of California purchasers within four years, Florida purchasers within four years, and Michigan purchasers within six years of the filing of their complaint ([2] at ¶52).

**Questions Addressed**

13. Counsel for Plaintiffs has asked me to address the following two questions:

(a) Can one determine, to a reasonable degree of scientific certainty, the increment in retail price attributable to each gram of protein that Defendant represented as being contained in its ready-to-drink (RTD) products?

(b) Can one determine, to a reasonable degree of scientific certainty, the class-wide damages attributable to Plaintiffs' protein-RTD claim?

**Summary of Principal Conclusions**

14. My principal conclusions are as follows:

(a) Based upon a hedonic regression analysis relating the retail prices of Defendant's RTD products to their advertised protein content and other product characteristics, one can determine to a reasonable degree of scientific certainty the increment in retail price attributable to each gram of protein that Defendant represented as being contained in its ready-to-drink products.

(b) Based upon the estimates of the increment in retail price attributable to each gram of protein that Defendant represented as being contained in its RTD products, in

combination with data on the alleged overstatement of protein content and sales volumes by product line, one can determine to a reasonable degree of scientific certainty the class-wide damages attributable to Plaintiffs' protein-RTD claim. This conclusion applies to Plaintiffs' proposed nationwide class as well as Plaintiffs' proposed state-specific subclasses.

**Data Sources**

15. Defendant's labeling of its RTD supplements has consistently featured the product's protein content. Figure 1 below shows a label for chocolate-flavored Limited Edition Muscle Milk containing 25 grams of protein in a 14-ounce bottle [4]. Also displayed is the 230-calorie content. The principal digits of UPC code at the lower left are 76063 00201. For illustrative purposes, I refer to this product as "RTD Product 1."



Figure 1. Limited Edition_2013_5574 00201 REV10JP.04-13-PIT Muscle Milk 2013 LTO NCAA University of Pittsburgh 14oz - Chocolate (CYTOSPORT_CLAY_ 031654) [4]  [Cropped]

16. Figure 2 below shows a label for chocolate-flavored Genuine Muscle containing 34 grams of protein in a 17-ounce bottle [5]. Also displayed is the 340-calorie content. The principal digits of the UPC code at the lower left are 80530 00051. For illustrative purposes, I refer to this product as "RTD Product 2."



Figure 2. Genuine Muscle Milk_2013_5412 00051 REV04.01-13 Muscle Milk 500mL - Chocolate (CYTOSPORT_CLAY_ 031597) [5] [Cropped]

17. Based upon nationwide retail dollar sales and the number of units sold for Defendant's RTD products classified by UPC code, I calculated the average retail price during the combined calendar years 2011–2014 for these two products [6]. Table 1 summarizes the foregoing information on product characteristics and average retail price.

**Table 1. Product Characteristics and Nationwide Average Retail Price**

| RTD Product | Protein (grams) | Volume (ounces) | Calories | Retail Price, 2011-2014 ($) |
|---|---|---|---|---|
| 1 | 25 | 14 | 230 | 3.47 |
| 2 | 34 | 17 | 340 | 4.00 |

18. Table 1 shows that RTD Product 2 was advertised as containing $34 - 25 = 9$ grams more protein that RTD Product 1 and, on average, was priced $4.00 –$3.47 = $0.53 higher. Based on this two-product, one-dimensional comparison alone, the increment in price per advertised gram of protein would be an estimated $0.53 ÷ 9 grams, which equals approximately $0.06 per advertised gram of protein per serving.

19. However, Table 1 shows that the two products also differed in the purported number of calories offered per serving. While a simple one-dimension comparison can illustrate the concept of the incremental price per gram of protein, it does not take into account other product characteristics that may also influence retail price. Nor are the two observations sufficient to estimate the price increment with statistical precision.

20. Based on my review of Defendant's RTD product labels, the following are potentially relevant product characteristics other than the advertised protein content; volume [4], calories [4], flavor (e.g., chocolate [4, 7]), sugar free [7], lactose free [4, 7, 8], gluten free [9], sub-brand (e.g., Monster [7, 10], Muscle Milk [4], Pro Series [8]), and the combined presence of four ingredients (branch chain amino acids, fiber, creatine and "lean lipids") that appear in some product labels [7, 10, 11].

**Hedonic Regression Analysis**

21. Hedonic regression analysis employs data on the prices of different brands or models of a product in order to decompose the price of the product into separate components attributable to specific product characteristics [12]. Once a database of prices and attributes has been assembled, the analyst employs a multivariate regression program that is widely available in statistical packages to compute the components of price attributable to each characteristic.

22. In the present matter, hedonic regression analysis is an appropriate method to determine the increments in retail price attributable to Defendant's protein claim on its RTD products. Adequate data on the prices and attributes of these products are available to carry out the required statistical analysis [13].

**Computation of Damages**

23. Once I have estimated the increment in price per advertised gram of protein by means of hedonic regression analysis, I can use data on the alleged overstatement of

protein content to compute the amount overcharged per unit of RTD product sold. For example, if the estimated increment in price per advertised gram of protein were $0.06 per gram, and if Plaintiffs alleged that each unit sold actually delivered 5 grams less than the amount represented by Defendant, then the amount overcharged would be $0.06 per gram × 5 grams per unit sold, which equals $0.30 per unit sold.

24. Once I have computed the amount overcharged per unit of RTD product sold, I can estimate class-wide damages by multiplying this amount by the number units of RTD products sold. The number of units sold will depend upon the particular class or sub-class definition, as well as the duration of the class period.

25. More specifically, if the overstatement of protein content alleged by Plaintiffs varies with the specific product sold, then the amount overcharged per unit sold would also vary with each product sold. The class-wide or sub-class-wide damages would then depend on the mix of products sold in each jurisdiction.

**Potential Limitations of Hedonic Analysis**

26. In general, hedonic regression analysis may suffer from three important limitations: collinearity, omitted variable bias, and misclassification. In the present matter, however, the specific restriction of the database solely to Defendant's RTD products, to the exclusion of other manufacturers' products, adequately addresses these general limitations.

*Collinearity*

27. Collinearity arises when there is not enough independent variability in the data to separate out the price components attributable to two or more product characteristics.

28. For example, in a hedonic regression analysis of laser printers, the analyst might employ data on the market prices of different models of printers with varying color capability, printing speed, compatible paper sizes, duplex printing capability, wireless access, and scanning capability in order to isolate statistically the price increment attributable to (say) higher printing speed. However, if every laser printer model with a higher printing speed also had wireless access, and if every model with wireless access also had a higher printing speed, a hedonic regression analysis would be unable to

attribute a separate price component to higher printing speed. That is, the two attributes – higher printing speed and wireless access –would be *collinear*.

29. In *In Re Conagra Foods, Inc*., plaintiffs alleged that defendant deceptively marketed its Wesson cooking oil as "100% Natural," whereas the product was in fact made from genetically modified organisms ("GMOs"). Plaintiffs' expert Dr. Colin Weir initially proposed a hedonic regression analysis to estimate the component of price that was separately attributable to defendant's "100% Natural" claim [14]. The court observed that consumers might construe the "100% Natural" claim to be broader than a claim that the product was free of GMOs and, accordingly, that the price component attributable to the former might exceed that attributable to the latter [15]. That is, hedonic regression analysis might be unable to separately isolate the price component of the implied GMO-free claim because it was collinear with the broader "100% Natural" claim.

30. One potentially important attribute of a product is its brand name. The brand name may capture unique aspects that consumers associate with the product quite apart from its specific characteristics. If a branded product has a unique attribute, hedonic regression analysis may be unable to separate out the components attributable to the brand name and the specific attribute. In the laser printer market, for example, consumers may perceive the brand name "HP" as connoting quality, reliability or other aspects of brand equity quite apart from any other printer attribute. If the "HP" brand were uniquely associated with the highest printing speed, hedonic regression analysis may be unable to separate out the components attributable to brand name and printing speed [16].

31. In *Werdebaugh v. Blue Diamond Growers*, the court criticized an alternative hedonic regression analysis proposed by plaintiff's expert Dr. Oral Capps for not distinguishing between the Blue Diamond brand name and the presence of the claims "All Natural" and "Evaporated Cane Juice" in the product labeling. That is, the product's brand name and the allegedly misleading product labeling were collinear ([17] at 11).

32. Attempts to work around the problem of collinearity in hedonic regression analysis have generated their own paradoxes. In *Brazil v. Dole Packaged Foods* [18], both the defendant Dole and one competitor Del Monte allegedly made "All Natural" claims. In his principal hedonic regression model, plaintiff's expert Dr. Capps avoided the problem of collinearity between brand and claim by including a brand-specific variable

only for Dole but not for Del Monte. (See "b. Alleged Flaw #2: The Model Confuses "Brand" and "Label" in [18] at 14–16.) This apparently innocent econometric restriction, however, had the effect of discarding the data on Dole brands from the estimation of the value of the "All Natural" claim. As a result, the price component attributable to the "All Natural" claim was derived from a comparison between Del Monte and other brands.[1]

33. In the present matter, however, the proposed restriction of the database solely to Defendant's products adequately addresses the potential problems of collinearity encountered in prior applications of hedonic regression to cases of alleged fraudulent misrepresentation of product characteristics, particularly the collinearity between brand name and the allegedly misleading product labeling. Moreover, based upon my review of Defendant's product labels [4, 5, 7-11], the advertised protein content of its RTD products varies independently of other relevant product characteristics. For example, within the "Monster Milk" sub-brands, the protein content varies from 31 grams [10] to 45 grams [7]. Within the "Muscle Milk" sub-brands, the protein content varies from 25 grams (Figure 1) [4] to 34 grams (Figure 2) [5].

*Omitted Variable Bias*

34. Hedonic regression analysis can give misleading results when the analyst fails to account for a particular product attribute that is correlated with the observed attribute under investigation. For example, in the study of real estate markets, some hedonic regression analyses have found that house prices are paradoxically positively associated with higher levels of air pollution.  One proposed explanation is that areas with high air pollution are more urbanized and may have higher per capita income, which in turn drives up real estate prices. That is, per capita income is the omitted variable that is correlated with the level of air pollution [19].

---

[1] The following simple example with only 3 brands and 2 variables makes the point:

| Brand | Dole Brand Variable | Claim Variable | Product Price |
|---|---|---|---|
| Dole | 1 | 1 | $100 |
| Del Monte | 0 | 1 | $5 |
| Other | 0 | 0 | $1 |

The *Dole Brand* variable is equal to 1 only for the Dole product, while the *Claim* variable is equal to 1 for both Dole and Del Monte products. The component of price attributable to the *Claim* variable is $5 – $1 = $4, and this conclusion is independent of the price of the Dole product.

35. In the present matter, however, restriction of the database solely to Defendant's products adequately addresses the potential problem of omitted variable bias. The Defendant's product labels define the universe of relevant characteristics. Defendant's marketing documents can be employed as supporting data to confirm or refute the importance that consumers attach to particular product attributes ([20] at 034847; [21]).

*Misclassification*

36. Another potential problem with hedonic regression analysis is the misclassification of product attributes. For example, a hedonic regression analysis designed to estimate the increment in price attributable to a laser printer's scanning capability can run into problems when some printers have 100-page document feed, flatbed scanning capability, and scan-to-email capability, while others simply have 30-page document feed and no other scanning features. Misclassifying these heterogeneous product attributes as if they belonged to a single homogeneous category of "scanning capability" can result in misleading conclusions.

37. In *Werdebaugh v. Blue Diamond Growers*, plaintiff's expert Dr. Capps was criticized for misclassifying some competitors' products as not having "All Natural" claims ([17] at 6–7). But the more serious problem was that not every "All Natural" claim was necessarily identical. Whole Foods' almond milk, for example, was labeled as "Organic." ([22] at 19). Other claims may have also referred to "natural flavors" or "no hormones," while others noted that their milk was "plant based."

38. In the present matter, however, the proposed restriction of the database solely to Defendant's products adequately addresses the potential problems of misclassification encountered in prior applications of hedonic regression analysis. To determine the price increment per gram of protein that Defendant advertises in its RTD products, the hedonic regression analysis in the present matter would not include any data on the price and protein content of other manufacturers' products, and thus avoid the potential problem that Cytosport "protein" may differ from other manufacturers' "protein."

Harris Declaration                                                  September 7, 2016

*Other Criticisms of Hedonic Regression Analysis*

39. In *In re NJOY, Inc. Consumer Class Action Litigation*, I proposed a
modification of hedonic regression analysis – called "Bayesian" hedonic regression
analysis – to determine the incremental price of defendant NJOY's cigarettes attributable
to the company's safety claims. The proposed modification was intended to address
potential problems of collinearity, omitted variable bias, and misclassification in a
comparison of the prices of NJOY and other manufacturers' brands of electronic
cigarettes. The court, however, rejected my proposed methodology because, in the
relatively new e-cigarette market, "the available products have not been sufficiently
standardized to make reliable price comparisons across different brands." ([23] at 11).
Moreover, the "price data from other e-cigarette brands would not help to isolate the
price component attributable to NJOY's safety claims if other brands also made some
form of health or safety representation." ([23] at 11). Finally, the Court opined, I had not
satisfactorily explained how Bayesian hedonic regression was "capable of calculating the
price premium attributable to NJOY's use of the misleading advertisements and product
labeling omissions 'without a model of firm behavior -- which would include supplier
entry and exit decisions, product offerings, and pricing'." (Quoting defendant's expert
Dr. Denise Martin, [23] at 11).

40. The criticisms of my proposed use of Bayesian hedonic regression analysis in
*NJOY* are not applicable in the present matter. First, the market for protein-based
supplements is more mature than the relatively new e-cigarette market. Second, I do not
propose here to compare the prices of different brands of protein supplements, thus
obviating the need to interpret other manufacturers' representations about protein content
or other ingredients. Third, no model of firm behavior is required to address the
straightforward question as to how much, if at all, Defendant overcharged for its RTD
protein products. Finally, I propose here to use the classical form of hedonic regression
analysis [12], and not the Bayesian modification that I proposed in *NJOY*.

**Concluding Comments**

41. Based upon a hedonic regression analysis relating the retail prices of
Defendant's RTD products to their advertised protein content and other product
characteristics, one can determine to a reasonable degree of scientific certainty the

increment in retail price attributable to each gram of protein that Defendant represented as being contained in its ready-to-drink products.

42. Based upon the estimates of the increment in retail price attributable to each gram of protein that Defendant represented as being contained in its RTD products, in combination with data on the alleged overstatement of protein content and sales volumes by product line, one can determine to a reasonable degree of scientific certainty the class-wide damages attributable to Plaintiffs' protein-RTD claim. This conclusion applies to Plaintiffs' proposed nationwide class as well as Plaintiffs' proposed state-specific subclasses.

43. In general, hedonic regression analysis may suffer from three important limitations: collinearity, omitted variable bias, and misclassification. In the present matter, however, the specific restriction of the database solely to Defendant's RTD products, to the exclusion of other manufacturers' products, adequately addresses these general limitations.

_____

Jeffrey E. Harris

**End Notes**

1.      The opinions express in this report are solely those of the author and do not necessarily reflect those of the Massachusetts Institute of Technology or any other organization.

2.      Complaint, *Clay et al. v. Cytosport, Inc.* 2015, United States District Court for the District of Southern California, Case No. 15CV0165L DHB. Filed Jan. 23, 2015.

3.      Lorenz, M.J., *Order Denying Motion to Dismiss*, in *Clay et al. v. Cytosport, Inc.* 2015: United States District Court for the District of Southern California, Case No. 15CV0165L DHB. Issued Aug. 19, 2015.

4.      Cytosport Inc., *Limited Edition_2013_5574 00201 REV10JP.04-13-PIT Muscle Milk 2013 LTO NCAA University of Pittsburgh 14oz - Chocolate*. 2013, CYTOSPORT_CLAY_ 031654.

5.      Cytosport Inc., *Genuine Muscle Milk_2013_5412 00051 REV04.01-13 Muscle Milk 500mL - Chocolate*. 2013, CYTOSPORT_CLAY_ 031597.

6.      See Stata program "Mean Retail Prices 2011-2014.do," output file "Mean Retail Prices 2011-2014.log," and data file "Price of Products Combined.dta."

7.      Cytosport Inc., *CytoSport Monster Milk_2009_00601 Monster Milk 20oz - Chocolate 3*. 2009, CYTOSPORT_CLAY_ 031521.

8.      Cytosport Inc., *Muscle Milk Pro Series_2013_5583 00280 REV01JP.04-13 Muscle Milk Pro Series 40 14oz - Knockout Chocolate*. 2013, CYTOSPORT_CLAY_ 031684.

9.      Cytosport Inc., *Limited Edition_2015_7266 00201 REV10.06-15 Muscle Milk 14oz NCAA LTO-Oregon-F*. 2015, CYTOSPORT_CLAY_ 031675.

10.      Cytosport Inc., *CytoSport Monster Milk_2011_4160 00621 REV02.11-11 Monster Milk 14oz - Chocolate*. 2011, CYTOSPORT_CLAY_ 031543.

11.      Cytosport Inc., *CytoSport Monster Milk_2011_4160 00621 REV02.11-11 Monster Milk 14oz - Chocolate.pdf*. 2011, CYTOSPORT_CLAY_ 031543.

12.      Rosen, S., *Hedonic Prices and Implcit Markets: Product Differentiation in Pure Competition*. Journal of Political Economy, 1974. **82**(1): p. 34-55.

Harris Declaration                                                      September 7, 2016

13.    See "Price of Products Combined.xlsx" (and its equivalent in Stata format, "Price of Products Combined.dta") for a compilation to date of product prices and sales volumes.

14.    Weir, C.B., *Expert Amended Declaration of Colin B. Weir in Support of Plaintiffs' Amended Motion for Class Certification*, in *In Re Conagra Foods, Inc*. 2014: United States District Court, Central District of California-Western Division, Case No. 11-cv-05379-MMM, Nov. 17, 2014.

15.    Morrow, M.M., *Order Granting in Part and Denying in Part Plaintiffs' Amended Motion for Class Certification*, in *In re ConAgra Foods, Inc*. . 2015: United States District Court, Central District of California-Western Division, Case No. CV 11–05379-MMM, 2015 WL 1062756 (C.D. Cal.), February 23, 2015.

16.    von Auer, L. and M. Trede, *The Dynamics of Brand Equity: A Hedonic Regression Approach to the Laser Printer Market*. Journal of the Operational Research Society,, 2012. **63**(10): p. 1351-1362.

17.    Koh, L.H., *Order Granting Motion to Decertify*, in *Werdebaugh v. Blue Diamond Growers*. 2014: United States District Court for the Northern District of California, San Jose Division, Case No.: 12-CV-2724-LHK, 2014 U.S. Dist. LEXIS 71575, December 15, 2014.

18.    Koh, L.H., *Order Granting in Part and Denying in Part Defendant's Motion to Decertify*, in *Chad Brazil v. Dole Packaged Foods, LLC*. 2014: United States District Court, Northern District of California, San Jose Division, Case No.: 12-CV-01831-LHK (Redacted Version), November 6, 2014.

19.    Chay, K.Y. and M. Greenstone, *Does Air Quality Matter? Evidence from the Housing Market*. Journal of Political Economy, 2005. **113**(2): p. 376-424.

20.    Insights for Growth, *Hormel Protein A&U Topical Report: Sports Protein Supplement Users, F4014*. 2014: CYTOSPORT_CLAY_034837-893.

21.    Cytosport Inc., *Muscle Milk: Claims Appeal Summary*. [undated], CYTOSPORT_CLAY_00045202.

22.    Koh, L.H., *Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification*, in *Werdebaugh v. Blue Diamond Growers*. 2014: United States

District Court for the Northern District of California, San Jose Division, Case No.: 12-CV-2724-LHK, 2014 U.S. Dist. LEXIS 71575, May 23, 2014.

23.    Walter, J.F., *Order*. 2016: In re NJOY, Inc. Consumer Class Action Litigation, CV 14-428-JFW (JEMx), February 2, 2016.

August 28, 2016

# JEFFREY E. HARRIS
## Curriculum Vitae

Department of Economics E52-422
Massachusetts Institute of Technology
Cambridge MA 02139

Email: jeffrey@mit.edu
Website: http://mit.edu/jeffrey/harris
Voice: +1 617 253 2677; Fax: +1 617 253 6915

## Current Employment

Professor, Department of Economics, Massachusetts Institute of Technology, 1998–

## Education and Training

Ph.D. in Economics, 1975, University of Pennsylvania.

M.D., 1974, University of Pennsylvania.

A.B. (summa cum laude), 1969, Harvard University.

Resident & Clinical Fellow, Medical Services, Massachusetts General Hospital, 1974–1977.

## Present and Past Medical Practice

Internist, Providence Community Health Centers, Providence, RI, 2006–2009, 2012–

Internist, Blackstone Valley Community Health Care, Pawtucket, RI, 2008–2012.

Primary Care Physician, Internal Medicine Associates, Massachusetts General Hospital, Boston, MA, 1977–2006.

## Public Service, Honors, Academic and Professional Experience

Member, Consejo Consultivo, Instituto de Investigaciones Económicas, Facultad de Ciencias Económicas, Jurídicas y Sociales, Universidad Nacional de Salta, Argentina, March 2016 –.

Keynote Speaker, Jornada sobre los 10 años de la firma del Convenio Marco de la OMS para el Control de Tabaco. Montevideo, Uruguay. November 24, 2015.

Jurist, Premio Nacional de Economía Prof. Raúl Trajtenberg (National Economics Prize, Uruguay), 2014.

Keynote Speaker, III Foro Enfermedad Vascular Aterosclerótica. Las Palmas de Gran Canaria. October 2014.

Recipient, MISTI Global Seed Funds, "Smoke-Free Legislation and Heart Attack Incidence in Chile," 2014–2015.

## Public Service, Honors, Academic and Professional Experience

Recipient, Bloomberg Foundation Grant through the Ministerio de Salud Pública, Uruguay, "Evaluation of Uruguay's Tobacco Control Campaign," 2013–

Invited Speaker, International Workshop, Cooperación Sur-Sur para la implementación de medidas del Convenio Marco de Control del Tabaco de la Organización Mundial de la Salud, Montevideo, Uruguay, August 2013.

Visiting Professor, Escuela de Salud Pública, Facultad de Medicina, Universidad de Chile, July 2013.

Visiting Professor, Instituto de Economía, Pontificia Universidad Católica de Chile, July 2013.

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, January 2012.

Visiting Professor, Department of Economics, University of the Republic, Uruguay, November–December 2011,

Fulbright Specialist Award, J. William Fulbright Foreign Scholarship Board, Bureau of Education and Cultural Affairs of the U.S. Department of State, 2011.

Visiting Scholar, Universitat Pompeu Fabra, Department of Economics and Business, Barcelona, October–December 2010.

Keynote Speaker, 10th Anniversary of Revista de Gestión y Clínica Sanitaria, Madrid, November 2009.

Associate Editor, Revista Costarricense de Salud Pública, June 2009–

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, May-June 2009.

Consultant and Visiting Scholar, Instituto Nacional de Salud Pública, Cuernavaca, Mexico, August 2008.

Huésped Distinguido (Distinguished Guest and Honorary Citizen), City of Salamanca, Spain, May 2008.

Keynote Speaker, XXVIII Meeting of the Spanish Health Economics Association, Salamanca, Spain, May 2008.

Visiting Professor, Department of Economics, University of Costa Rica, January 2008.

Visiting Lecturer, 2 Diplomado en Evaluación Económica de Intervenciones en Salud, Instituto Nacional de Salud Pública, Cuernavaca, Mexico, 2007.

Visiting Professor, Department of Quantitative Methods for Economics and Management, University of Las Palmas de Gran Canaria, Spain, January 2007.

Visiting Lecturer, 7 Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estratégica, Instituto Nacional de Salud Pública, Cuernavaca, Mexico, 2006.

August 28, 2016

## Public Service, Honors, Academic and Professional Experience

Visiting Lecturer, Pontificia Universidad Católica Madre y Maestra, Internal Medicine Residency Program, Santiago, Dominican Republic, 2006.

Visiting Lecturer, Universidad Tecnológica de Santiago, School of Medicine, Santiago, Dominican Republic, 2006.

Consultant, Internal Revenue Service, 2006.

Consultant and Visiting Faculty, Instituto Nacional de Salud Pública, Cuernvaca, Mexico, 2006.

Visiting Professor, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

Member, Institute of Medicine Committee on Reducing Tobacco Use, 2004–2007.

Consultant, Australian Competition and Consumer Safety Commission, 2004.

Consultant, U.S. Department of Justice, 2001–2005.

Expert Testimony, United States v. Philip Morris et al., 2004

Consultant, New Hampshire Association of Counties, 1999.

Consultant, U.S. Department of Veterans Affairs, 1997–1998.

Consultant, Attorney General of Minnesota, 1997.

Consultant, Robert Wood Johnson Foundation, 1996.

Consultant, Office on Smoking and Health, Centers for Disease Control, 1996.

Consultant, Massachusetts Department of Public Health, 1994–2003.

Consultant, National Cancer Institute, Ad Hoc Panel on FTC Cigarette Test Method, 1994.

Consultant, U.S. Federal Trade Commission, Bureau of Advertising Practices, 1994.

Member, Committee on Risk Characterization, National Academy of Sciences, 1994–1996.

Consultant, American Cancer Society, 1992–1994, 1997.

Consultant and Expert Panel Member, Toxicity Testing of Ignition-Resistant Cigarettes, U.S. Consumer Product Safety Commission, 1992–1993.

Member, Expert Panel on Controlling Health Care Costs, U.S. Congressional Budget Office, 1991.

Member, National Advisory Research Resources Council, National Institutes of Health, 1991–1994.

Member, Local Organizing Committee, VIII International Conference on AIDS, 1990–1991.

Visiting Associate Professor, Dept. of Biostatistics, Harvard School of Public Health, 1988–1989.

August 28, 2016

## Public Service, Honors, Academic and Professional Experience

Advisor to the Director, U.S. Centers for Disease Control, National Household HIV Seroprevalence Survey, 1989.

Consultant, New York City Department of Health, 1988.

Robert Wood Johnson Foundation, Research Grant Award, 1988–1989.

Consultant, Attorney General and Department of Health and Welfare, Canada, 1988–1995.

Scientific Advisory Committee, American Foundation for AIDS Research, 1987–1994.

American Cancer Society, Research Grant Award, 1985–1987.

Member, Committee on National Strategies toward Acquired Immunodeficiency Syndrome (AIDS), National Academy of Sciences, Institute of Medicine, 1986.

Consultant, Committee on Complex Mixtures, Board on Toxicology and Environmental Health Hazards, National Academy of Sciences, 1985.

Member, Committee to Study the Prevention of Low Birthweight, Institute of Medicine, National Academy of Sciences, 1983–1985.

Consultant, Committee to Plan a Comprehensive Review of Medical Education, Institute of Medicine, National Academy of Sciences, 1982.

Consultant, Health Effects Institute, 1981–1983.

Consultant, Cooperative Trial of Percutaneous Transluminal Angioplasty, U.S. Veterans Administration, 1981–1982.

Research Associate, National Bureau of Economic Research, 1981–

Consultant, Food and Nutrition Service, National WIC Evaluation, U.S. Dept. of Agriculture, 1981–1984.

Consultant, American Lung Association, 1981.

Member, National Hospice Advisory Committee, 1981–1984.

Consultant, Office of Health and Environmental Research, U.S. Dept. of Energy, 1981.

Consultant and Visiting Scientist, Inhalation Toxicology Research Institute, 1981.

Consultant, Office of Research and Development, U.S. Environmental Protection Agency, 1981.

Associate Editor, Journal of Health Economics, 1981–1989.

Elected to New York Academy of Sciences, 1980.

National Institute on Drug Abuse, Research Grant Award, 1980–1985.

Member, Diesel Impacts Study Committee, Analytic Panel, National Academy of Sciences, 1980–1981.

4

## Public Service, Honors, Academic and Professional Experience

Research Career Development Award, U.S. Public Health Service, 1980–1985.

Health Sciences Fund, Research Grant Award, 1979.

Editor, Health and Public Policy Series, M.I.T. Press, 1978–1993.

Consultant, Health Care Financing Administration, U.S. Department of Health, Education, and Welfare, 1978–1980.

Consultant, National Cancer Institute, U.S. Dept. of Health, Education, and Welfare, 1979.

Consulting Scientific Editor, Contributor, and Senior Reviewer, U.S. Surgeon General's Reports on Smoking and Health, 1979–1983, 1986, 1988, 1989, 1996.

Consultant, Office on Smoking and Health, Office of the Assistant Secretary for Health, U.S. Department of Health, Education, and Welfare, 1978–1980.

Physician Member, Massachusetts Board of Registration and Discipline in Medicine, 1978–1980.

Professor, Harvard University–M.I.T. Division of Health Sciences and Technology, 1998–2008.

Associate Professor, Department of Economics, Massachusetts Institute of Technology, and Harvard University–M.I.T. Division of Health Sciences and Technology, 1980–1998 (tenure since 1982).

Assistant Professor, Department of Economics, Massachusetts Institute of Technology, and Harvard University–M.I.T. Division of Health Sciences and Technology, 1976–1980.

Elected to Alpha Omega Alpha Honor Medical Society, 1974.

Medical Scientist Training Program, National Institutes of Health, 1969–1974.

Elected to Phi Beta Kappa, 1969.

## Articles in Peer-Reviewed Journals

Triunfo P, Harris JE, Balsa AI. Evaluación de la campaña antitabaco de Uruguay: balance de 10 años y desafíos. *Pan American Journal of Public Health* 2016; 40(3) in press.

Harris JE, López-Valcárcel BG, Ortún V, Barber P. Allocation of Residency Training Positions in Spain: Contextual Effects on Specialty Preferences. *Health Economics* 2016; doi:10.1002/hec.3318 (published online 16-Feb-2016).

Harris JE, Balsa AI, Triunfo P. Tobacco control campaign in Uruguay: Impact on smoking cessation during pregnancy and birth weight. *Journal of Health Economics* 2015; 42:186-196. doi: 10.1016/j.jhealeco.2015.04.002.

## Articles in Peer-Reviewed Journals

Beatriz González López-Valcárcel, Vicente Ortún, Patricia Barber, and Jeffrey E. Harris, Importantes diferencias entre Facultades de Medicina. Implicaciones para la Medicina Familiar y Comunitaria. *Atención Primaria* 2013 (Nov 12). doi: 10.1016/j.aprim.2013.08.004.

Beatriz González López-Valcárcel, Vicente Ortún, Patricia Barber, Jeffrey E. Harris, and B. Garcia, Ranking Spain's Medical Schools by their performance in the national residency examination. *Revista Clínica Española* 2013 (Dec); 213(9):428-3.

Jeffrey E. Harris, Beatriz González López-Valcárcel, Vicente Ortún Rubio, and Patricia Barber Pérez, Specialty choice in times of economic crisis: cross-sectional survey of Spanish medical students. *BMJ Open* 2013; 3:e002051 doi:10.1136/bmjopen-2012-002051.

Winston Abascal, Elba Esteves, Beatriz Goja, Franco González Mora, Ana Lorenzo, Amanda Sica, Patricia Triunfo, and Jeffrey E. Harris, Tobacco control campaign in Uruguay: a population-based trend analysis. *Lancet* 2012; 380(9853):1575–82 (published online 14-Sep-2012).

Jeffrey E. Harris, Why We Don't Have an HIV Vaccine and How We Can Develop One. *Health Affairs* 2009; 28:1642-54.

Sandra G. Sosa-Rubí, Omar Galárraga, and Jeffrey E. Harris, Heterogeneous Impact of the 'Seguro Popular' Program on the Utilization of Obstetric Services in Mexico, 2001–2006: A Multinomial Probit Model with a Discrete Endogenous Variable. *Journal of Health Economics* 2009; 28:20-34 (published online 28-Aug-2008).

Sergio Bautista-Arredondo, Paola Gadsden, Jeffrey E. Harris, and Stefano M. Bertozzi, Optimizing Resource Allocation for HIV/AIDS Prevention Programs: An Analytical Framework. *AIDS* 2008; 22(suppl 2):S1-S8.

Jeffrey E. Harris and Beatriz González López-Valcárcel, Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992 – 1999. *Journal of Health Economics* 2008; 27: 249-264 (published online 3-Dec-2007).

Jeffrey E. Harris, Incomplete Compensation Does Not Imply Reduced Harm: Yields of 40 Smoke Toxicants per Milligram Nicotine in Regular Filter versus Low Tar Cigarettes in the 1999 Massachusetts Benchmark Study, *Nicotine and Tobacco Research* 2004 (October); 6(5): 797-807.

Jeffrey E. Harris, Michael J. Thun, Alison M. Mondul, and Eugenia E. Calle, Cigarette Tar Yields in Relation to Mortality from Lung Cancer in the Cancer Prevention Study II Prospective Cohort, 1982–8, British Medical Journal 2004 (Jan. 10); 328: 72–76.

Jeffrey E. Harris, Smoke Yields of Tobacco-Specific Nitrosamines in Relation to FTC Tar Level and Cigarette Manufacturer: Analysis of the Massachusetts Benchmark Study, *Public Health Reports* 2001 (July-Aug); 116: 336-343.

Lois Biener, Jeffrey E. Harris, and William Hamilton, Impact of the Massachusetts Tobacco Control Programme: Population Based Trend Analysis. *British Medical Journal* 2000 (August 5); 321: 351–354.

## Articles in Peer-Reviewed Journals

Jeffrey E. Harris and Sandra W. Chan, The Continuum of Addiction:  Cigarette Smoking in Relation to Price Among Americans Aged 15–29, *Health Economics Letters* 1998; 2:3–12. Reprinted in *Health Economics*, 1999; 8: 81–86.

Jeffrey E. Harris, U.S. Cigarette Manufacturers' Ability to Pay Damages:  Overview and a Rough Calculation, *Tobacco Control*, 1996; 5: 292-294.

Jeffrey E. Harris, Gregory N. Connolly, Daniel Brooks, et al., Cigarette Smoking Before and After an Excise Tax Increase and AntiSmoking Campaign – Massachusetts, 1990–1996, *Morbidity and Mortality Weekly Report* 1996; 45: 966–70.

Jeffrey E. Harris, Reporting Delays and the Incidence of AIDS, *Journal of the American Statistical Association* 85 (1990): 915-24.

Jeffrey E. Harris, Improved Short-Term Survival of AIDS Patients Initially Diagnosed with *Pneumocystis carinii* Pneumonia, 1984 through 1987, *Journal of the American Medical Association* 1990; 263: 397-402.

Jeffrey E. Harris, How Many Doctors are Enough? *Health Affairs* 1986; 5: 73-83.

Jeffrey E. Harris, Diesel Emissions and Lung Cancer (with Comment and Reply), *Risk Analysis* 1983; 3: 83-100, 139-46.

Jeffrey E. Harris, Cigarette Smoking Among Successive Birth Cohorts of Men and Women in the United States During 1900-80, *Journal of the National Cancer Institute* 1983; 71: 473-79.

William H. DuMouchel and Jeffrey E. Harris, Bayes Methods for Combining the Results of Cancer Studies in Humans and Other Species, (with Comment and Rejoinder) *Journal of the American Statistical Association* 1983; 78: 293-308, 313-15.

Jeffrey E. Harris, Increasing the Federal Excise Tax on Cigarettes, *Journal of Health Economics* 1982; 1: 117-20.

Jeffrey E. Harris, Taxing Tar and Nicotine, *American Economic Review* 1980; 70: 300-11.

Jeffrey E. Harris, Regulation and Internal Control in Hospitals, *Bulletin of the New York Academy of Medicine* 1979; 55: 88-103.

D.J. Greenblatt, P.J. Gross, J. Harris, et al., Fatal Hyperthermia Following Haloperidol Therapy of Sedative-Hypnotic Withdrawal, *Journal of Clinical Psychiatry* 1978; 39: 673-75.

Jeffrey E. Harris, Pricing Rules for Hospitals, *Bell Journal of Economics* 1979; 10: 224-43.

Jeffrey E. Harris, The Internal Organization of Hospitals: Some Economic Implications, *Bell Journal of Economics* 1977; 8: 467-82.  [Reprinted in R.D. Luke and J.C. Bauer, eds., *Issues in Health Economics* (Aspen Systems Press, 1982); and A.R. Kovner and D. Neuhauser, eds., *Health Services Management:  Readings and Commentary*, 3rd edition (Health Administration Press, 1987).]

August 28, 2016

## Articles in Peer-Reviewed Journals

Oliver Williamson, Michael Wachter, and Jeffrey E. Harris, Understanding the Employment
Relation: The Analysis of Idiosyncratic Exchange, *Bell Journal of Economics* 1975; 6: 250-78
[Reprinted in: O. Williamson, *Markets and Hierarchies: Analysis and Antitrust Implications* (Free
Press, 1976); and L. Putterham, ed., *The Economic Nature of the Firm: A Reader* (Cambridge
University Press, 1986).]

## Recent Working Papers

Jeffrey E. Harris, Beatriz G. Lopez-Valcarcel, Patricia Barber, Vicente Ortún, Efficiency versus
Equity in the Allocation of Medical Specialty Training Positions in Spain: A Health Policy
Simulation Based on a Discrete Choice Model. *National Bureau of Economic Research, Working Paper
19896,* February 2014.

Jeffrey E. Harris, Ana Inés Balsa, and Patricia Triunfo, Tobacco Control Campaign in Uruguay:
Impact on Smoking Cessation during Pregnancy and Birth Weight. *National Bureau of Economic
Research, Working Paper* 19878, January 2014.

Jeffrey E. Harris, Ana Inés Balsa, and Patricia Triunfo, Campaña antitabaco en Uruguay:
Impacto en la decisión de dejar de fumar durante el embarazo y en el peso al nacer.
Departamento de Economía, Facultad de Ciencias Sociales, *Universidad de la República, Uruguay,
Documento de Trabajo* No. 01/14, February 2014 [Spanish version of NBER Working Paper 19878]

## Other Peer-Reviewed Publications

Jeffrey E. Harris, Trends in Smoking-Attributable Mortality, in: *Reducing the Health Consequences
of Smoking, 25 Years of Progress:  A Report of the Surgeon General.* Washington, D.C.:  U.S. Department
of Health and Human Services, 1989: 117-169.

Jeffrey E. Harris and Sam Shapiro, Trends in Low Birthweight, in: Institute of Medicine,
Committee to Study the Prevention of Low Birthweight, *Preventing Low Birthweight,*  Washington,
D.C.:  National Academy Press, 1985: 94-112, 252-265.

Jeffrey E. Harris, *Potential Risk of Lung Cancer from Diesel Engine Emissions.* Washington, D.C.:
National Academy of Sciences, 1981: 78 pages.

Jeffrey E. Harris, Patterns of Cigarette Smoking, in *The Health Consequences of Smoking for Women,
A Report of the Surgeon General.* Washington, D.C.:  U.S. Department of Health and Human
Services, 1980: 15-42.

Jeffrey E. Harris, Cigarette Smoking in the United States, 1950-1978, in *Smoking and Health, A
Report of the Surgeon General.* Washington, D.C.:  U.S. Department of Health, Education, and
Welfare, 1979: A1-A29.

## Books and Book Chapters

Jeffrey E. Harris, Cigarette Smoke Components and Disease:  Cigarette Smoke is Far More Than a Triad of 'Tar,' Nicotine, and Carbon Monoxide, in *The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes: Report of the NCI Expert Committee.* Smoking and Tobacco Control Monograph No. 7, Bethesda, MD:  National Cancer Institute, 1996, pp. 59–70.

Jeffrey E. Harris, *Deadly Choices: Coping with Health Risks in Everyday Life.* New York:  Basic Books, 1993: 269pp.  ISBN 0-465-02889-6.

Jeffrey E. Harris, Overview and Major Considerations in the Toxicity Testing of Low Ignition-Potential Cigarettes, in: *Toxicity Testing Plan for Low Ignition-Potential Cigarettes.  Vol. 5 of Final Report: Fire Safe Cigarette Act of 1990.* Washington D.C.:  U.S. Consumer Product Safety Commission, August 1993.

Jeffrey E. Harris, Environmental Policy Making:  Act Now or Wait for More Information? in: P. Brett Hammond  and Rob Coppock , eds., *Valuing Health Risks,  Costs, and Benefits for Environmental Decision Making.*  Washington, D.C.:  National Academy Press, 1990: 107-33.

Jeffrey E. Harris, The AIDS Epidemic:  Recent Trends and Future Prospects, in Vivian Fransen , ed., *Proceedings: AIDS Prevention and Services Workshop.*  Princeton, N.J.:  Robert Wood Johnson Foundation, 1990: 22-28.

Jeffrey E. Harris, The Incubation Period for Human Immunodeficiency Virus (HIV-1), in: Ruth Kulstad, ed., *AIDS 1988:  AAAS Symposia Papers*  Washington, D.C.:  American Association for the Advancement of Science, 1989: 67-74.

Jeffrey E. Harris, Social and Economic Causes of Cancer, in: John Bunker, Deana S. Gomby, and Barbara H. Kehrer, eds., *Pathways to Health:  The Role of Social Factors.* Menlo Park, Cal.:  Henry J. Kaiser Family Foundation, 1989: 165-216.

Jeffrey E. Harris, The 1983 Increase in the Federal Excise Tax on Cigarettes, in Larry Summers, ed., *Tax Policy and the Economy* 1987; 1: 87-111.

Jeffrey E. Harris, On the Fairness of Cigarette Excise Taxation, in *The Cigarette Excise Tax* Cambridge, Mass.:  Harvard University, 1985: 106-111.

Jeffrey E. Harris, Macro-Experiments Versus Micro-Experiments for Health Policy, in: Jerry Hausman and David Wise, eds., *Social Experimentation.* Chicago:  University of Chicago Press, 1985: 145-85.

 Jeffrey E. Harris, Competition Among Doctors:  Comment on Satterthwaite, in Robert Inman, ed., *Managing the Service Economy.* New York:  Cambridge University Press, 1985: 268-72.

Jeffrey E. Harris, More Data on Tax Policy, in: Dean R. Gerstein, ed., *Toward the Prevention of Alcohol Problems.*  Washington, D.C.:  National Academy Press, 1984: 33-38.

Jeffrey E. Harris, Prenatal Medical Care and Infant Mortality, in Victor Fuchs ed., *Economic Aspects of Health.* Chicago:  University of Chicago Press, 1982: 15-52.

## Books and Book Chapters

Jeffrey E. Harris, Public Policy Issues in the Promotion of Less Hazardous Cigarettes, in Gio Gori and Fred Bock, eds., *A Safe Cigarette? Banbury Report 3.* Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory, 1980: 333-40.

Jeffrey E. Harris , Commentary, in Mark Pauly, ed., *National Health Insurance: What Now, What Later, What Never?* Washington, D.C.: American Enterprise Institute, 1980: 264-69.

Jeffrey E. Harris, Cigarette Smoking and the Decline in Coronary Heart Disease Mortality, in Richard Havlik and Manning Feinleib, eds., *Proceedings of the Conference on the Decline in Coronary Heart Disease Mortality.* Washington, D.C.: National Institutes of Health, 1979: 212-14.

Jeffrey E. Harris, Les adultes fumant des cigarettes aux États-Unis avaient été sensibles aux messages concernant les effets du tabagisme sur la santé. in: *Colloque Bernard Gregory: Science et Decision.* Paris: CNRS, 1978; pp. 17-18.


## Commissioned Reports

Jeffrey E. Harris, *Draft Status Report on the Massachusetts Tobacco Control Campaign, With a Preliminary Calculation of the Impact of the Campaign on Total Health Care Spending in Massachusetts,* October 11, 1999.

Jeffrey E. Harris, *The Price of Cigarettes and the Profits of Cigarette Manufacturers, 1997–2006.* Report to the American Cancer Society, May 11, 1998.

Jeffrey E. Harris, *Effect of a Proposed Amendment to Section 405 of the National Tobacco Policy and Youth Smoking Act (S.1415MGR.3, Managers' Amended Version) to Make Tobacco Manufacturers' Payments Non-Tax-Deductible.* Prepared at the Request of the Staff of Sen. Edward M. Kennedy, June 6, 1998.

Jeffrey E. Harris, *Economic Analysis of Proposed Legislation,* Prepared at the request of the Staff of Sen. Kent Conrad, January 31, 1998.

Jeffrey E. Harris, *Cigarette Smoking Practices, Smoking-Related Diseases, and the Costs of Tobacco-Related Disability Among Currently Living U.S. Veterans.* Report Commissioned by the Department of Veterans Affairs Assistant Secretary for Policy and Planning, Revised September 15, 1997.

Jeffrey E. Harris, *Prepared Remarks at the American Cancer Society's Press Conference on the Proposed Tobacco Industry-Wide Resolution,* Washington DC, July 24, 1997.

Jeffrey E. Harris, *Comments on: "Proposed Resolution: For Settlement Discussion Purposes Only. 6/20/97, 3:00 p.m. DRAFT."* 68pp. Commissioned by the American Cancer Society, June 26, 1997.

Jeffrey E. Harris, *Biomedical Research and Development: Measuring the Returns on Investment,* Commissioned paper, National Academy of Sciences, Committee on Science, Engineering and Public Policy. Washington, D.C.: National Academy of Sciences, 1986.

August 28, 2016

## Invited Testimony

Jeffrey E. Harris, *Testimony Before the Massachusetts Public Health Council on the Effectiveness of the Massachusetts Tobacco Control Program*, Boston, November 16 1999.

Jeffrey E. Harris, *Prepared Statement Before the Senate Democratic Task Force on Tobacco*, Sen. Kent Conrad (D-ND), Chairman. Washington DC, May 13, 1998.

Jeffrey E. Harris, *Written Testimony Before the Subcommittee on Courts and Intellectual Property, Committee of the Judiciary, U.S. House of Representatives*. Oversight Hearing on Attorneys Fees and the Proposed Global Tobacco Settlement. Washington, DC, December 10, 1997.

Jeffrey E. Harris, *Prepared Statement Before the Senate Democratic Task Force on Tobacco*, Sen. Kent Conrad (D-ND), Chairman. Washington DC, October 21, 1997.

Jeffrey E. Harris, *Written Testimony Before the Senate Committee on Agriculture, Nutrition, and Forestry Hearings on the Tobacco Settlement and the Future of the Tobacco Industry*, Washington DC, September 11, 1997.

Jeffrey E. Harris, *Written Testimony Before the Senate Judiciary Committee Hearings on the "Proposed Global Tobacco Settlement: Who Benefits."* Washington, DC, July 30, 1997.

Jeffrey E. Harris, *Testimony Before the Mass. Dept. of Public Health Concerning Proposed Regulations to Implement Massachusetts General Laws chapt. 94, section 307A (Cigarette Ingredient Disclosure)*, Boston, January 30, 1997.

Jeffrey E. Harris, *The Health-Care Costs of Cigarette Smoking.* Testimony Before the Committee on Ways and Means, U.S. House of Representatives, Washington, D.C., November 18, 1993.

## Other Publications

Jeffrey E. Harris, La Reforma Sanitaria Americana Desde el Ojo de la Tormenta, *Economía y Salud (Boletín de la Asociación de Economía de la Salud)*, 2009 (No. 66, Sep.).

Jeffrey E. Harris and Sandra G. Sosa-Rubí, Impact of 'Seguro Popular' on Prenatal Visits in Mexico, 2002-2005: Latent Class Model of Count Data with a Discrete Endogenous Variable. *National Bureau of Economic Research, Working Paper No. 14995*, May 2009.

Sandra G. Sosa-Rubí, Omar Galárraga, and Jeffrey E. Harris, Heterogeneous Impact of the 'Seguro Popular' Program on the Utilization of Obstetric Services in Mexico, 2001–2006: A Multinomial Probit Model with a Discrete Endogenous Variable. *National Bureau of Economic Research, Working Paper No. 13498*, October 2007.

Jeffrey E. Harris and Beatriz González López-Valcárcel, Asymmetric Social Interaction in Economics: Cigarette Smoking among Young People in the United States, 1992 – 1999. *National Bureau of Economic Research, Working Paper No. 10409*, April 2004.

Jeffrey E. Harris, Re: Comparison of three management strategies for patients with atypical squamous cells of undetermined significance: baseline results from a randomized trial (letter) *Journal of the National Cancer Institute* 2001 (June 20); 93:50.

11

## Other Publications

Gregory N. Connolly and Jeffrey E. Harris, Evaluating Antismoking Advertising Campaigns (letter), *Journal of the American Medical Association* 1998; 280 (September 16): 964-5.

William H. DuMouchel and Jeffrey E. Harris, Comments on 'Publication Bias in Meta-Analysis,' by Givens, Smith and Tweedie, *Statistical Science* 1997; 12:244-5.

Jeffrey E. Harris, A Working Model for Predicting the Consumption and Revenue Impacts of Large Increases in the U.S. Federal Cigarette Excise Tax, *National Bureau of Economic Research Working Paper No. 4803*, July 1994.

Jeffrey E. Harris, A Death on Court:  Lewis' Stress Tests May Hold Key (feature), *Boston Globe*, August 1, 1993.

Jeffrey E. Harris, Cigarettes Can Take a Substantial Tax (letter), *New York Times*, July 11, 1993.

Jeffrey E. Harris, Two Bucks Will Finance Health Care for 10 Million (op-ed), *New York Times*, June 4, 1993.

Stefano Bertozzi  and Jeffrey Harris, When is HIV Screening of Blood for Transfusion Cost-Effective? Two Models for Use in Africa (abstract), VIII International Meeting on AIDS. Florence, Italy, June, 1991.

Jeffrey E. Harris, The New Economics of AIDS (editorial), *U.S. News and World Report*, August 13, 1990: 56.

 Jeffrey E. Harris, Research Versus Action (editorial), National Research Council Op-Ed Service, June 26, 1990.  [St. Louis Post-Dispatch, New Haven Register, Des Moines Register, Topeka Capital-Journal, San Antonio Express News, Ann Arbor News, Tulsa World, and other newpapers].

Jeffrey E. Harris, Heterosexual AIDS:  What to Watch For, *FAS Public Interest Report (Journal of the Federation of American Scientists)* 1988; 41: 2-3.

Jeffrey E. Harris, Defensive Medicine:  It Costs, But Does It Work? (editorial), *Journal of the American Medical Association* 1987; 257: 2801-2.

Jeffrey E. Harris, The AIDS Epidemic: Looking into the 1990s, *Technology Review* 1987; 90: 58-62.

Jeffrey E. Harris, Who Should Profit from Cigarettes? (editorial), *New York Times,* Sunday Business Forum, March 15, 1987.

Jeffrey E. Harris, Aaron and Schwartz's Painful Prescription:  Rationing Hospital Care (book review), *Journal of Economic Literature* 1985; 23: 52-54.

Jeffrey E. Harris, Starr's Social transformation of American medicine (book review), *Social Science and Medicine* 1983; 17: 1927-28.

Jeffrey E. Harris and William H. DuMouchel, Nonsmoking Wives of Heavy Smokers Have a Higher Risk of Lung Cancer (letter), *British Medical Journal* 1981; 283: 915.

## Other Publications

Jeffrey E. Harris, Fuchs' Who Shall Live? Health, Economics, and Social Choice (book review), *Bell Journal of Economics* 1976; 7: 340-43.

Jeffrey E. Harris and Martin Morad, The Effect of Ca-K Interaction on the Plateau of the Cardiac Action Potential (abstract), *Physiologist* 1974; 14: 150.

## Seminars and Presentations

### 2015

"Affordable Care Act." Foro Regional. Salud Universal: Una Inversión Indispensable para el Desarrollo Humano Sostenible. Organización Panamericana de la Salud. Washington DC. December 7, 2015.

"Balance de 10 Años y Desafíos." Jornada sobre los 10 años de la firma del Convenio Marco de la OMS para el Control de Tabaco. Montevideo, Uruguay. November 24, 2015.

"Tobacco Control Policy in the Developing World: Lessons from Uruguay." Social Policy Lab: A Systemic Approach. Cambridge, Massachusetts. May 15, 2015.

### 2014

"Tabaquismo: impacto y coste-efectividad de las intervenciones. III Foro Enfermedad Vascular Aterosclerótica. Las Palmas de Gran Canaria. October 15, 2014.

"Crise e direitos sociais: as experiências dos EUA e da Europa." ABRES 2014 - XI Encontro Nacional de Economia da Saúde & VI Encontro Latino Americano de Economia da Saúde. São Paulo, Brasil. September 25, 2014.

"ObamaCare: From the Eye of the Storm." XVII Encuentro de Economía Aplicada, Las Palmas de Gran Canaria, June 5, 2014.

"Campaña anti-tabaco en Uruguay: Impacto en la decisión de dejar de fumar durante el embarazo y en el peso al nacer." Seminario de Microeconomía Aplicada, Instituto de Economía, Pontificia Universidad Católica de Chile, March 16, 2014.

### 2013

"Resultados de la Política de Combate contra el Tabaco: Estudios de Caso," ("Results of Policies to Combat Tobacco Use: Case Studies"), Taller sobre Cooperación Sur-Sur para la Implementación de Medidas del Convenio Marco de Control del Tabaco de la Organización Mundial de la Salud, Torre Ejecutiva, Montevideo, Uruguay, August 14, 2013.

"Eficiencia versus Equidad en el Sistema de Asignación de las Especialidades Médicas en España: Una Estrategia de Simulación Basada en un Modelo de Elección Discreta" ("Efficiency versus Equity in the System for Assigning Medical Specialties in Spain: A Simulation Strategy Based on a Discrete Choice Model"), Instituto de Economía, Pontificia Universidad Católica de Chile, Santiago, Chile, July 10, 2013.

August 28, 2016

## Seminars and Presentations

"Las controversias sobre mamografía: ¿Relevantes a la situación actual en Chile?" ("Controversies over mammography: Are they relevant to the current situation in Chile?") Fundación Educación Popular en Salud (EPES), Santiago, Chile, July 10, 2013.

"Evaluación del Impacto de la Campaña Anti-Tabaco en Uruguay: Implicancias para la Nueva Ley Anti-Tabaco en Chile" ("Evaluation of the Impact of the Anti-Tobacco Campaign in Uruguay: Implications for the New Anti-Tobacco Law in Chile"), Escuela de Salud Pública, Facultad de Medicina, Universidad de Chile, Santiago, Chile, July 9, 2013.

**2012**

"Reforma Sanitaria en Estados Unidos" ("Healthcare reform in the United States"), V Congreso de Economía de la Salud de América Latina y el Caribe, Montevideo, Uruguay, November 16, 2012.

"Impacto de la Campaña Anti-Tabaco en Uruguay: Un Análisis de Tendencias a Nivel Nacional ("Impact of the anti-tobacco campaign in Uruguay: an analysis of national-level trends"), V Congreso de Economía de la Salud de América Latina y el Caribe, Montevideo, Uruguay, November 16, 2012.

"La contribución del estudio de tabaco a la disciplina de la economía de la salud" ("The contribution of the study of tobacco to the discipline of health economics"), Complejo Hospitalario Universitario de Canarias, Tenerife, January 27, 2012.

"La contribución del estudio de tabaco a la disciplina de la economía" ("The contribution of the study of tobacco to the discipline of economics"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, January 19, 2012.

**2011**

"La Campaña Contra el Tabaquismo: Parte II ¿Qué es la base científica?" ("The anti-tobacco campaign: Part II What is the science base?") Fondo Nacional de Recursos, Montevideo, Uruguay, December 9, 2011.

"¿Por qué no tenemos una vacuna contra el VIH? La ciencia versus la economía" ("Why don't we have a vaccine against HIV? Science versus economics"), Facultad de Ciencias Sociales, Universidad de la República, Montevideo, Uruguay, December 6, 2011.

"La mamografía rutinaria en mujeres de 40 a 49 años: La ciencia versus la política." ("Routine mammography in women aged 40-49 years: Science versus policy") Facultad de Medicina, Hospital Pereira Rossell, Montevideo, Uruguay, December 5, 2011.

"La Campaña Contra el Tabaquismo: Parte I ¿Como se evalúa el impacto?" ("The anti-tobacco campaign: Part I Evaluating its impact") Fondo Nacional de Recursos, Montevideo, Uruguay, November 30, 2011.

"La contribución del estudio de tabaco a la disciplina de la economía de la salud" ("The contribution of the study of tobacco to the discipline of health economics"), Fondo Nacional de Recursos, Montevideo, Uruguay, November 28, 2011.

## Seminars and Presentations

### 2010

"Ciencia y política sanitaria: La decisión de no recomendar la mamografía rutinaria en mujeres de 40 a 49 años" ("Science and health policy: The decision not to recommend routine mammography in women aged 40–49") Barcelona, Agència d'Informació, Avaluació i Qualitat en Salut, November 25, 2010.

"La decisión del U.S. Preventive Services Task Force en noviembre 2009 de no recomendar la mamografía rutinaria para las mujeres de 40 a 49 años: El papel de la ciencia en la política sanitaria de los EE.UU." ("The decision by the U.S. Preventive Services Task Force in November 2009 not to recommend routine mammography for women aged 40–49 years: The role of science in U.S. health policy") Valencia, Centro Superior de Investigación en Salud Pública, November 5, 2010.

### 2009

"¿Por qué no tenemos una vacuna contra el VIH? Y como podemos desarrollar una" ("Why Don't We Have an HIV Vaccine, and How We Can Develop One"), Barcelona, Universitat Pompeu Fabra, Centre de Recerca en Economia i Salut, December 2, 2009.

"¿Por qué no tenemos una vacuna contra el VIH? Y como podemos desarrollar una" ("Why Don't We Have an HIV Vaccine, and How We Can Develop One"), Madrid, 10o Aniversario de la Revista Gestión Clínica y Sanitaria, November 30, 2009.

"Experimento versus Observación en la Evaluación de la Política Sanitaria: El Caso del Seguro Popular de México" ("Experiment versus Observation in Health Policy Evaluation: The Case of Mexico's Seguro Popular"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, June 5, 2009.

"Tres Problemas que Conlleva la Reforma Sanitaria del Gobierno de Obama" ("Three Problems with the Obama Health Reform"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, June 2, 2009.

### 2008

"La Conducta de Alto Riesgo como una Enfermedad Transmisible" ("High-Risk Behavior as a Transmisible Disease"), Sesión Plenaria, XXVIII Jornadas de Economía de la Salud (Plenary Session, XXVIII Conference of the Association of Health Economics), Salamanca, May 28, 2008.

"El Estancamiento de la Mortalidad Materna en México: ¿El nuevo programa de seguro médico ha tenido algún impacto?" ("The stagnation of maternal mortality in Mexico: Has the new program of medical coverage had an impact?"), Centro Centroamericano de Población (Central American Population Center), University of Costa Rica, San José, Costa Rica, January 30, 2008.

"Evaluación del Impacto del 'Seguro Popular' sobre la Utilización de Servicios Obstétricos en México" ("Evaluation of the Impact of 'Seguro Popular' on the Utilization of Obstetric Services in Mexico"), Círculo de Economistas, Academia de Centroamérica (Circle of Economists, Academy of Central America), San José, Costa Rica, January 29, 2008.

15

August 28, 2016

## Seminars and Presentations

"Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why haven't we developed a vaccine against AIDS?"), Instituto Costarricense de Investigación y Enseñanza en Nutrición y Salud (INCIENSA) (Costa Rican Institute for Research and Education on Nutrition and Health), Tres Ríos, Costa Rica, January 29, 2008.

**2007**

"Análisis Econométrico de la Asignación de Residentes Médicos en España, 2003-2005" ("Econometric Análisis of the Allocation of Medical Residents in Spain, 2003-2005"), Centro de Investigación en Economía y Encuestas, Instituto Nacional de Salud Pública (Center for Research in Economics and Surveys, National Institute of Public Health), Cuernavaca, México, July 25, 2007.

"El Papel del Economista en la Formación de la Política Sanitaria" ("The Role of the Economist in the Formation of Health Policy"), College of Physicians, Gran Canaria, Spain, January 30, 2007.

"Los Modeles Económicos de la Relación Médico-Paciente: ¿Pueden Explicar el Desequilibrio en El Mercado para Médicos en España?" ("Economic Models of the Doctor-Patient Relationship: Can They Explain the Disequilibrium in the Market for Physicians in Spain?"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, Department of Quantitative Methods for Economics and Management, January 29, 2007.

"El SIDA y la Economía de la Salud: Dos Preguntas, Miles de Respuestas" ("AIDS and Health Economics: Two Questions, Thousands of Answers"), Masters Program in Health Economics and Health Care Management, University of La Laguna, Tenerife, Spain, January 25, 2007.

"Análisis econométrico de tabaquismo entre los alumnos de escuelas secundarias en México, 2005" ("Econometric Analysis of Tobacco Use among Secondary School Students in Mexico, 2005"), University of Las Palmas de Gran Canaria, Gran Canaria, Spain, Department of Quantitative Methods for Economics and Management, January 23, 2007.

**2006**

"Evaluación del Impacto de Intervenciones" ("Evaluation of the Impact of Interventions"), 7o Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estrégia, Instituto Nacional de Salud Pública, Cuernvaca, México, July 13, 2006.

"Análisis de Costo-Efectividad" ("Cost-effectiveness Analysis"), 7o Diplomado sobre VIH/SIDA: Diagnóstico y respuesta estrégia, Instituto Nacional de Salud Pública, Cuernvaca, México, July 10, 2006.

"Qué ventaja tiene la carga viral sobre el recuento de células CD4 en el manejo de VIH? Vale el costo adicional en los entornos con recursos limitados?" School of Medicine, Universidad Tecnológica de Santiago Santiago, Dominican Republic, June 21, 2006.

August 28, 2016

## Seminars and Presentations

Qué ventaja tiene la carga viral sobre el recuento de células CD4 en el manejo de VIH? Vale el costo adicional en los entornos con recursos limitados?" ("What advantages does the viral load have over the CD4 count in the management of HIV? Are these advantages worth the additional cost in settings with limited resources?") Residency Program in Internal Medicine, Pontificia Universidad Católica Madre y Maestra, Hospital Cabral y Báez, Santiago, Dominican Republic, June 21, 2006.

"La discriminación de precios en los medicamentos para tratamiento del SIDA" ("Price discrimination in medications for treating AIDS"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, February 2, 2006.

"Análisis de costo-efectividad de la estrategia de tamizaje del cáncer cervico-uterino: Prueba de VPH versus Papanicoulau" ("Cost-effectiveness of screening strategies for cervical cancer: HPV testing versus the Pap smear"), Centro de Investigación en Salud Poblacional, Instituto Nacional de Salud Pública (Center for Research on Population Health, National Institute of Public Health), Cuernavaca, México, January 31, 2006.

"Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why haven't we developed a vaccine against AIDS?"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, January 30, 2006.

Las interacciones sociales asimétricas: El caso de los adolescentes que fuman" ("Asymmetric social interaction: The case of teenage smoking"), Centro de Investigación en Salud Poblacional, Instituto Nacional de Salud Pública (Center for Research on Population Health, National Institute of Public Health), Cuernavaca, México, January 26, 2006.

"El rol de los impuestos en la estrategia de control del tabaquismo: Experiencia en países en desarrollo" ("The role of taxes in tobacco control strategy: The experience of developing countries"), Centro de Investigación en Sistemas de Salud, Instituto Nacional de Salud Pública (Center for Research on Health Systems, National Institute of Public Health), Cuernavaca, México, January 25, 2006.

### 2005

"Cost-Effectiveness Analysis Comes to the Dermatologist's Office (Without an Appointment)," Invited Address, American Dermatological Association, September 17, 2005.

"¿Qué es la diabetes?" ("What is Diabetes?") Radio Show, FLOR 91.9 FM, Aldea Cruz Blanca, Guatemala, August 18, 2005.

"Los sistemas de salud en los Estados Unidos y en Guatemala" ("Health Care Systems in the United States and Guatemala") Centro de Salud Bárbara, University Francisco Marroquin School of Medicine, Program in Public Health and Community Service, San Juan Sacatapéquez, Guatemala, August 16, 2005.

August 28, 2016

## Seminars and Presentations

"Los interacciones sociales asimétricos:  El caso de los adolescentes que fuman" ("Asymmetric Social Interactions:  The Case of Adolescent Smokers") Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 12, 2005.

"La discriminación de precios en los medicamentos para tratamiento del SIDA" ("Price Discrimination in Medications for Treating AIDS")  Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 11, 2005.

"¿Por qué no hemos desarrollado una vacuna contra el SIDA?" ("Why Haven't We Developed a Vaccine against AIDS?")  Faculty of Economic Sciences, University Francisco Marroquin, Guatemala City, Guatemala, August 9, 2005.

"Los sistemas de salud en los Estados Unidos y en Guatemala" ("Health Care Systems in the United States and Guatemala")  Hospital Universitario Esperanza, Post-Graduate Program in Internal Medicine, University Francisco Marroquin, Guatemala City, Guatemala, August 4, 2005.

## Courses Taught at MIT

AIDS in the 21st Century (undergraduate freshman seminar)
Health Economics (undergraduate course and graduate seminar)
Introductory and Intermediate Microeconomics (undergraduate)
Teaching Undergraduate Microeconomics (graduate)
Mathematics for Economists (graduate)
Law and Economics (graduate seminar)
Probability, Statistics and Econometrics (undergraduate)
Current Regulatory Problems in Toxicology (graduate)
Industrial Organization (undergraduate and graduate)
MIT Undergraduate Economics Association Teaching Award, 2001, 2006

## Foreign Languages

Numerous professional presentations in Spanish. Drafting of original articles in Spanish.

## Expert Testimony

Available upon request.

18

August 28, 2016

**Trial and Deposition Testimony of Jeffrey E. Harris MD PhD, 2012 – 2016**

- Deposition Testimony, *Miner v. Philip Morris*, Circuit Court of Pulaski County, Arkansas, Sixth Division, Case No. 60CV-03-4661, 16 May 2016.

- Deposition Testimony, *Miner v. Philip Morris*, Circuit Court of Pulaski County, Arkansas, Sixth Division, Case No. 60CV-03-4661, 20 Feb 2016.

- Trial Testimony, *Geanocopolous v. Philip Morris*, Commonwealth of Massachusetts, Suffolk Superior Court, Civil Action No. 98-6002-BLS1-CB, 10, 12 Nov 2015.

- Deposition Testimony, *In Re NJOY Inc. Consumer Class Action Litigation*, United States District Court, Central District of California, Case No. CV 14-428-JFW (JEMx), 26 Oct 2015.

- Deposition Testimony, *In Re NJOY Inc. Consumer Class Action Litigation*, United States District Court, Central District of California, Case No. CV 14-428-JFW (JEMx), 3 Jun 2015.

- Deposition Testimony, *Geanocopolous v. Philip Morris*, Commonwealth of Massachusetts, Suffolk Superior Court, Civil Action No. 98-6002-BLS1-CB, 20 Apr 2015.

- Deposition Testimony, *Geanocopolous v. Philip Morris*, Commonwealth of Massachusetts, Suffolk Superior Court, Civil Action No. 98-6002-BLS1-CB, 14 Nov 2014.

Jeffrey E. Harris                                                          September 7, 2016

## Description of Materials Considered

In addition to the documents cited in the endnotes to my declaration, I considered the following materials produced by Defendant.

1.  Exemplar labels from Defendant's products:

    a.  CytoSport Whey Isolate RTD

        i.  Tangerine, 16.9 oz., L-00335-REV01.01/12, CYTOSPORT_CLAY_031569;

    b.  Muscle Milk Gainer Powder

        i.  Chocolate, 5 lbs., L-50002REV01.07/12, CYTOSPORT_CLAY_028781;

        ii.  Chocolate, 5 lbs, L-50002-REV02.12/12, CYTOSPORT_CLAY_028785;

        iii.  Chocolate, 3.21 lbs, L-50052-REV01.05/14, CYTOSPORT_CLAY_028793;

        iv.  Chocolate, 1.79 lbs, L-50042-REV01.04/14, CYTOSPORT_CLAY_028795;

    c.  Muscle Milk Light Powder

        i.  Chocolate, 26.4 lbs, L-59320 - REV03.12/10, CYTOSPORT_CLAY_028797;

        ii.  Chocolate, 14 oz, L-59324 - REV03.12/10, CYTOSPORT_CLAY_028803;

        iii.  Chocolate, 49.4 oz, L-59323 - REV03.12/10, CYTOSPORT_CLAY_028805;

        iv.  Chocolate, 2.47 oz, L-59300 - REV01.08/11, CYTOSPORT_CLAY_028806;

        v.  Chocolate, 26.5 oz, L-59320 - REV04.12/12, CYTOSPORT_CLAY_028809;

        vi.  Chocolate, 49.4 oz, L-59323 - REV04.12/12, CYTOSPORT_CLAY_028810;

    d.  Muscle Milk Naturals Powder

Harris Declaration                                                                                    September 7, 2016

    i.    Natural Real Chocolate, 39.5 oz, L-50470 - REV04.12/10,
CYTOSPORT_CLAY_028821;

    ii.    Natural Real Chocolate, 39.5 oz, L-50470-REV05.01/13,
CYTOSPORT_CLAY_028823;

e.  Muscle Milk Powder

    i.    Chocolate, 30.9 oz, L-50327 - REV02.05/11,
CYTOSPORT_CLAY_028700;

    ii.    Chocolate, 30.9 oz, L-50327 - REV02.12/10,
CYTOSPORT_CLAY_028690;

    iii.    Chocolate, 30.9 oz, L-50327-REV03.12/12,
CYTOSPORT_CLAY_028774;

    iv.    Chocolate, 30.9 oz, L-50327 - REV03.12/12,
CYTOSPORT_CLAY_028728;

    v.    Chocolate, 30.9 oz, L-50327-REV03.9/15,
CYTOSPORT_CLAY_028779;

    vi.    Chocolate, 1.94 oz, L-51626-REV01.06/13,
CYTOSPORT_CLAY_028758;

    vii.    Chocolate, 1.94 oz, L-51626-REV02.04/14,
CYTOSPORT_CLAY_028764;

    viii.    Chocolate, 5-1.94 oz, P-51629-REV01.04/14,
CYTOSPORT_CLAY_028762;

    ix.    Chocolate, 16 oz, L-50232 - REV10.12/12,
CYTOSPORT_CLAY_028719;

    x.    Chocolate, 16 oz, L-50232 - REV09.12/10,
CYTOSPORT_CLAY_028660;

    xi.    Chocolate, 39.5 oz, L-50320 - REV07.02/12-USA,
CYTOSPORT_CLAY_028708;

    xii.    Chocolate, 39.5 oz, L-50320-REV08.12/12,
CYTOSPORT_CLAY_028773;

    xiii.    Chocolate, 39.5 oz, L-50320 - REV08.12/12,
CYTOSPORT_CLAY_028724;

Harris Declaration                                                              September 7, 2016

xiv.    Chocolate, 39.5 oz, L-50320 - REV07.12/10,
        CYTOSPORT_CLAY_028664;

xv.     Chocolate, 2.47 oz, L-51400-REV02.01/13,
        CYTOSPORT_CLAY_028755;

xvi.    Chocolate, 2.47 oz, L-51425 - REV06.04/11,
        CYTOSPORT_CLAY_028693;

xvii.   Chocolate, 49.4 oz, L-50331 - REV01.04/14,
        CYTOSPORT_CLAY_028765;

xviii.  Chocolate, 49.4 oz, L-50324 - REV01.06/11,
        CYTOSPORT_CLAY_028703;

xix.    Chocolate, 49.4 oz, L-50324-REV02.03/12,
        CYTOSPORT_CLAY_028710;

xx.     Chocolate, 49.4 oz, L-50324-REV03.06/12,
        CYTOSPORT_CLAY_028715;

xxi.    Chocolate, 49.4 oz, L-50324-REV04.12/12,
        CYTOSPORT_CLAY_028726;

xxii.   Chocolate, 49.4 oz, L-50324-REV05.04/15,
        CYTOSPORT_CLAY_028770;

xxiii.  Chocolate, 49.4 oz, L-50324-REV05.04/15,
        CYTOSPORT_CLAY_028769;

xxiv.   Chocolate 4.01 lbs, L-50321 - REV01.06/11,
        CYTOSPORT_CLAY_028704;

xxv.    Chocolate, 4.01 lbs, L-50321-REV02.03/12,
        CYTOSPORT_CLAY_028711;

xxvi.   Chocolate, 4.01 lbs, L-50321-REV03.06/12,
        CYTOSPORT_CLAY_028714;

xxvii.  Chocolate, 4.01 lbs, L-50321-REV04.12/12,
        CYTOSPORT_CLAY_028766;

xxviii. Chocolate, 4.01 lbs, L-50321-REV04.12/12,
        CYTOSPORT_CLAY_028725;

Harris Declaration                                                  September 7, 2016

      xxix.    Chocolate, 4.94 lbs, L-50326 - REV06.12/10,
CYTOSPORT_CLAY_028685;

      xxx.    Chocolate, 4.94 lbs, L-50326 - REV07.12/12,
CYTOSPORT_CLAY_028727;

      xxxi.    Chocolate, 10 lbs, L-50322 - REV01.02/11,
CYTOSPORT_CLAY_028697;

      xxxii.    Chocolate Milk, 4.96 lbs, 50326-rev1.106;

f.   **Muscle Milk RTD**

      i.    Chocolate, 14 oz, L-00201-REV11.07/15, CYTOSPORT_CLAY_
031678;

      ii.    Chocolate, 14 oz, LM-00201-REV10.06/15-TEX,
CYTOSPORT_CLAY_ 031677;

      iii.    Chocolate, 14 oz, LM-00201-REV10.06/15-TAM,
CYTOSPORT_CLAY_ 031676;

      iv.    Chocolate, 14 oz, LM-00201-REV10.06/15-UO,
CYTOSPORT_CLAY_ 031675;

      v.    Chocolate, 14 oz, LM-00201-REV10.06/15-FSU,
CYTOSPORT_CLAY_ 031674;

      vi.    Chocolate, 14 oz, LM-00201-REV10.06/15-ASU,
CYTOSPORT_CLAY_ 031673;

      vii.    Chocolate, 14 oz, LM-00201-REV10HPS.01/13-MIL,
CYTOSPORT_CLAY_ 031672;

      viii.    Chocolate, 14 oz, LM-00201-REV10HPS.01/13-CK,
CYTOSPORT_CLAY_ 031670;

      ix.    Chocolate, 14 oz, LM-00201-REV10JP.07/14-KAN,
CYTOSPORT_CLAY_ 031669;

      x.    Chocolate, 14 oz, LM-00201-REV10JP.06/14-TEX,
CYTOSPORT_CLAY_ 031668;

      xi.    Chocolate, 14 oz, LM-00201-REV10JP.06/14-TAM,
CYTOSPORT_CLAY_ 031667;

Harris Declaration                                                      September 7, 2016

     xii.     Chocolate, 14 oz, LM–00201-REV10JP-11/13-AG, CYTOSPORT_CLAY_ 031665;

    xiii.     Chocolate, 14 oz, LM-00201-REV10HPS.04/13-TC, CYTOSPORT_CLAY_ 031662;

    xiv.     Chocolate, 14 oz, LM-00201-REV10HPS.04/13-GSW, CYTOSPORT_CLAY_ 031661;

    xv.     Chocolate, 14 oz, LM-00201-REV10HPS.04/13-CM, CYTOSPORT_CLAY_ 031660

    xvi.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-TEX, CYTOSPORT_CLAY_ 031657;

    xvii.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-TAM, CYTOSPORT_CLAY_ 031656;

   xviii.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-SYR, CYTOSPORT_CLAY_ 031655;

    xix.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-PIT, CYTOSPORT_CLAY_ 031654;

    xx.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-ORE, CYTOSPORT_CLAY_ 031653;

    xxi.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-CON, CYTOSPORT_CLAY_ 031652;

    xxii.     Chocolate, 14 oz, LM-00201-REV10JP.04/13-ASU, CYTOSPORT_CLAY_ 031651;

   xxiii.     Chocolate, 14 oz, L-00201-REV09HPS.01/13-LAD, CYTOSPORT_CLAY_ 031648

   xxiv.     Chocolate, 14 oz, L-00201-REV09HPS.01/13-CWS, CYTOSPORT_CLAY_ 031647;

    xxv.     Chocolate, 14 oz, LM-00201-REV09HPS.05/12-SK, CYTOSPORT_CLAY_ 031646;

   xxvi.     Chocolate, 14 oz, LM-00201-REV09HPS.05/12-MW, CYTOSPORT_CLAY_ 031645;

Harris Declaration                                                September 7, 2016

     xxvii.    Chocolate, 14 oz, LM-00201-REV09HPS.05/12-GWS, CYTOSPORT_CLAY_ 031644;

    xxviii.    Chocolate, 14 oz, LM-00201-REV09HPS.05/12-CM, CYTOSPORT_CLAY_ 031643;

    xxix.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-UP, CYTOSPORT_CLAY_ 031642;

    xxx.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-UO, CYTOSPORT_CLAY_ 031641;

    xxxi.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-UMD, CYTOSPORT_CLAY_ 031640;

    xxxii.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-UC, CYTOSPORT_CLAY_ 031639;

    xxxiii.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-TX, CYTOSPORT_CLAY_ 031638;

    xxxiv.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-SU, CYTOSPORT_CLAY_ 031637;

    xxxv.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-COL, CYTOSPORT_CLAY_ 031636;

    xxxvi.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-ASU, CYTOSPORT_CLAY_ 031635;

    xxxvii.    Chocolate, 14 oz, LM-00201-REV09JP.04/12-UA, CYTOSPORT_CLAY_ 031634;

    xxxviii.    Chocolate, 14 oz, L-00201-REV09HP.02/12-USA, CYTOSPORT_CLAY_ 031633;

    xxxix.    Chocolate, 14 oz, L-00201-rev08JP.03/11, CYTOSPORT_CLAY_ 031632;

    xl.    Chocolate, 14 oz, 00201-rev7USCHP.05/10, CYTOSPORT_CLAY_ 031631;

    xli.    Chocolate, 14 oz, 00201-rev7UAHP.05/10, CYTOSPORT_CLAY_ 031630;

6

    xlii.    Chocolate, 14 oz, 00201-rev7UCLAHP.05/10, CYTOSPORT_CLAY_ 031629;

    xliii.    Chocolate, 14 oz, 00201-rev7OHHP.05/10, CYTOSPORT_CLAY_ 031628;

    xliv.    Chocolate, 14 oz, 00201-rev7UMHP.05/10, CYTOSPORT_CLAY_ 031627;

    xlv.    Chocolate, 14 oz, 00201-rev7GTHP.05/10, CYTOSPORT_CLAY_ 031626;

    xlvi.    Chocolate, 14 oz, 00201-rev7COLHP.05/10, CYTOSPORT_CLAY_ 031625;

    xlvii.    Chocolate, 14 oz, 00201-rev7CALHP.05/10, CYTOSPORT_CLAY_ 031624;

    xlviii.    Chocolate, 14 oz, 00201-rev7ASUHP.05/10, CYTOSPORT_CLAY_ 031623;

    xlix.    Chocolate, 14 oz, 00201-rev7SHAWJP.10/09, CYTOSPORT_CLAY_ 031622;

    l.    Chocolate, 14 oz, L-00201-REV11.07/15, CYTOSPORT_CLAY_ 031618;

    li.    Chocolate, 14 oz, L00010REV01.04/15, CYTOSPORT_CLAY_ 031613;

    lii.    Chocolate, 14 oz, L-00201-REV10HPS.01/13, CYTOSPORT_CLAY_ 031602;

    liii.    Chocolate, 17 oz, LM-00051-REV04.01/13, CYTOSPORT_CLAY_ 031597;

    liv.    Chocolate, 14 oz, L-00201-rev09HPS.11/11, CYTOSPORT_CLAY_ 031592;

    lv.    Chocolate, 14 oz, L-00201-rev09HP.10/11, CYTOSPORT_CLAY_ 031588;

    lvi.    Chocolate, 14 oz, L-00201-rev08HP.11/10, CYTOSPORT_CLAY_ 031583;

lvii.  Chocolate, 14 oz, 00201-rev7JP.10/09, CYTOSPORT_CLAY_031574;

lviii.  Chocolate, 14 oz, 00201-rev7HP.10/09, CYTOSPORT_CLAY_031573;

lix.  Chocolate, 14 oz, 00201-rev.7HP.10/09, CYTOSPORT_CLAY_031572;

g.  Monster Powder

i.  Chocolate, 33 oz, CYTOSPORT_CLAY_028844, L-79020 - REV06.04/11;

ii.  Chocolate, 4.13 lbs, L-79024 - REV03.04/11, CYTOSPORT_CLAY_028854;

iii.  Chocolate, 2.75 oz, L-79000 - REV01.05/11, CYTOSPORT_CLAY_028855

iv.  Chocolate, 1.4 oz, L-79005 - REV01.08/12, CYTOSPORT_CLAY_028857;

v.  Chocolate, 33 oz, L-79020-REV07.02/13, CYTOSPORT_CLAY_028860;

vi.  Chocolate, 4.13 lbs, L-79024-REV04.02/13, CYTOSPORT_CLAY_028861;

vii.  Peanut Butter Chocolate, 33 oz, L-79060-REV06.02/13, CYTOSPORT_CLAY_028865;

viii.  Chocolate, 2.75 oz, L-79000 - REV02.04/13, CYTOSPORT_CLAY_028866;

ix.  Chocolate, 33 oz, L-79020-REV08.08/13, CYTOSPORT_CLAY_028869;

x.  Chocolate, 4.13 lbs, L-79024-REV05.08/13, CYTOSPORT_CLAY_028870;

xi.  Chocolate, 1.4 oz, PB-79006-REV01.08/12, CYTOSPORT_CLAY_028875;

xii.  Chocolate, 33 oz, L-79020-REV09.01/14, CYTOSPORT_CLAY_028878;

    xiii.    Chocolate, 4.13 lbs, L-79024-REV06.01/14, CYTOSPORT_CLAY_028879;

    xiv.    Chocolate 41.6 oz, L-79220-REV01.02/15, CYTOSPORT_CLAY_028886;

    xv.    Chocolate, 4.8 lbs, L-79221-REV01.02/15, CYTOSPORT_CLAY_028887;

h.   Monster RTD

    i.    Chocolate, 20 oz, 00601-rev3.08/09, CYTOSPORT_CLAY_031521;

    ii.    Chocolate, 20 oz, 00601-rev2.06/09, CYTOSPORT_CLAY_031527;

    iii.    Chocolate, 20 oz, LM-00601-rev05.7/10, CYTOSPORT_CLAY_031529;

    iv.    Chocolate, 20 oz, LM-00601-rev06.6/11, CYTOSPORT_CLAY_031533;

    v.    Chocolate, 12-20 oz, PB-00611-REV05.06/11, CYTOSPORT_CLAY_031537;

    vi.    Chocolate, 14 oz, LM-00621-REV02.11/11, CYTOSPORT_CLAY_031543;

    vii.    Chocolate, 12-14 oz, PB-00631-REV02.12/11, CYTOSPORT_CLAY_031544;

    viii.    Chocolate, 20 oz, LM-00601-REV07.08/12, CYTOSPORT_CLAY_031545;

    ix.    Chocolate, 20 oz, LM-00601-REV08.03/13, CYTOSPORT_CLAY_031555;

    x.    Chocolate, 12-20 oz, PB-00611-REV07.05/14, CYTOSPORT_CLAY_031562;

i.   Other L-Glutamine Labels

    i.    Unflavored, L-Glutamine 100% UPS Grade L-Glutamine, 17.6 oz, L-00021-REV02.10/11

j.   Pro 40 RTD

Harris Declaration                                                      September 7, 2016

       i.    Knockout Chocolate, 14 oz, L-00280-REV02.02/15-SC, CYTOSPORT_CLAY_ 031671;

      ii.    Knockout Chocolate, 14 oz, L-00280-REV02.07/15, CYTOSPORT_CLAY_ 031682;

     iii.    Knockout Chocolate, 14 oz, LM-00280-REV01JP.04/13, CYTOSPORT_CLAY_ 031684;

     iv.    Knockout Chocolate, 14 oz, LM- 00280-REV01JP.04/13, CYTOSPORT_CLAY_ 031684;

      v.    Knockout Chocolate, 14 oz, LM-00280-REV01HPW.07/13, CYTOSPORT_CLAY_ 031690;

     vi.    Knockout Chocolate, 14 oz, L-00280-REV02.07/15, CYTOSPORT_CLAY_ 031699;

k. Pro 50 Powder

      i.    Knockout Chocolate, 40.7 oz, L-53420-REV01.05/13, CYTOSPORT_CLAY_028826;

      ii.    Knockout Chocolate, 36 oz, L-53421-REV01.05/13, CYTOSPORT_CLAY_028827;

     iii.    Knockout Chocolate, 2.9 oz, L-53400-REV01.07/13, CYTOSPORT_CLAY_028828;

     iv.    Knockout Chocolate, 32 oz, L-53421-REV02.07/13, CYTOSPORT_CLAY_028830;

      v.    Knockout Chocolate, 40.7 oz, L-53420-REV02.03/14, CYTOSPORT_CLAY_028832;

     vi.    Knockout Chocolate, 40.7 oz, L-53420-REV02.03/14, CYTOSPORT_CLAY_028837;

    vii.    Knockout Chocolate, 32 oz, L-53421-REV03.01/15, CYTOSPORT_CLAY_028839;

   viii.    Knockout Chocolate, 32 oz, L-53421-REV03.01/15, CYTOSPORT_CLAY_028838.

2. Marketing research Defendant commissioned from third-parties:

    a.  FRC Research Corporation #83553 Protein Drink A&U, February 17, 2015, CYTOSPORT_CLAY_034495-034801;

    b.  Protein Beverage A&U Topline Insights Reveal Discussion, March 3, 2015, CYTOSPORT_CLAY_034802-034836;

    c.  Hormel Protein A&U Topical Report, Sports Protein Supplement Users F4014, Prepared for Karen Kraft August 2014, CYTOSPORT_CLAY_034837-034893;

    d.  Muscle Milk Pricing Study Overview, CYTOSPORT_CLAY_00045166-45200.

3.  Documents reflecting Defendant's advertising expenditures:

    a.  Marketing & Advertising Expenses, January 2009-April 2015, CYTOSPORT_CLAY_00045165;

    b.  CytoSport Marketing Expenses, November 2015-July 2016, CYTOSPORT_CLAY_00045248;

    c.  CytoSport Marketing Accruals Period 8, Fiscal 2016, CYTOSPORT_CLAY_00045249.

4.  Price of Products spreadsheet ("*Price of Products Combined.xlsx*") containing pricing data for Defendant's products for the years 2010 – 2016.  The spreadsheet I reviewed was a compilation of seven pricing spreadsheets received from Defendant, originally numbered as CYTOSPORT_CLAY_034020-034026.