# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CYTOSPORT, INC.,<br><br>    Defendant. | Case 15-CV-0165 -L AGS<br><br>**ORDER GRANTINTG DEFENDANT'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

   Pending before the Court is Defendant's *Ex Parte* Application to File Portions of Certain Declarations and Exhibits in Support of Defendant's Opposition to Plaintiff's Motion for Class Certification and Defendant's Motion to Exclude Certain Opinions Expressed by Dr. Elizabeth Howlett Under Seal (doc. no. 186, "Ex Parte Application"). Defendant's Ex Parte Application meets the compelling reasons standard for sealing documents filed in relation to dispositive motions. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Accordingly, the Ex Parte Application is **GRANTED**. The Clerk shall file the following documents under seal:

   (1) Exhibit F to the Declaration of Matthew I. Kaplan (redacted version filed as doc. 170-4 at 14-52);

   (2) Declaration of Keith R. Ugone, Ph.D. ("Ugone Declaration") (redacted version filed as doc. 170-22); and

1

(3) Exhibits 5-9 and 13-16 to the Ugone Declaration (redacted versions filed as doc. 170-23 at 81-95 and 170-24 at 5-40).

IT IS SO ORDERED.

Dated:  May 23, 2017

_____
Hon. M. James Lorenz
United States District Judge