**NEIL DYMOTT FRANK MCFALL & TREXLER, PLC**
David P. Burke (State Bar. No. 200120)
    Email: DBurke@neil-dymott.com
1010 Second Avenue, Suite 2500
San Diego, CA 92101
Telephone: 619.238.1712
Facsimile:  619.238.1562

**TUCKER ELLIS LLP**
Matthew I. Kaplan (State Bar No. 177242), admitted *pro hac vice*
    Email: matthew.kaplan@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile:  213.430.3409

**FAEGRE BAKER DANIELS LLP**
Sarah L. Brew, admitted *pro hac vice*
    Email: sarah.brew@faegrebd.com
Aaron D. Van Oort, admitted *pro hac vice*
    Email: aaron.vanoort@faegrebd.com
Christine R. M. Kain, admitted *pro hac vice*
    Email: christine.kain@faegrebd.com
Tyler A. Young, admitted *pro hac vice*
    Email: tyler.young@faegrebd.com
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone: 612.766.7000
Facsimile:  612.766.1600

Attorneys for Defendant CytoSport, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, and LOGAN REICHERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CYTOSPORT, INC., a California Corporation,<br><br>Defendant. | Case 15-CV-0165-L-AGS<br><br>[Hon. M. James Lorenz]<br><br>**DECLARATION OF MATTHEW I. KAPLAN IN SUPPORT OF DEFENDANT CYTOSPORT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION**<br><br>Date:    August 23, 2017<br>Time:    [No Oral Argument Set]<br>Crtrm:   5B |

US.113672373.02                                                                                                         15-CV-0165-L-AGS

DECLARATION OF MATTHEW I. KAPLAN IN SUPPORT OF DEFENDANT CYTOSPORT, INC.'S EX PARTE APPLICATION
FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION

## **DECLARATION OF MATTHEW I. KAPLAN**

1. I am an attorney licensed to practice in the State of California and have entered a notice of appearance in the above captioned case. (Dkt. 100.) I practice with the law firm Tucker Ellis LLP, attorneys for Defendant CytoSport, Inc. ("CytoSport"). I have personal knowledge of the facts set forth below, and if called as a witness, could competently testify to the following facts.

2. On August 18, 2017, I contacted counsel for Plaintiffs, Trenton Kashima of Finelstein & Krinsk, LLP, and notified him that Defendant CytoSport intended to file an *ex parte* application, seeking Leave to File Notice of Supplemental Authority in Support of Defendant CytoSport's Opposition to Class Certification, in light of a recent decision in *Zakaria v. Gerber Prods. Co.*, Case No. 2:15-cv-00200-JAK-E (C.D. Cal. August 9, 2017).

3. Attached hereto as Exhibit A is a true and correct copy of the Order entered in *Zakaria v. Gerber Prods. Co.*, Case No. 2:15-cv-00200-JAK-E (C.D. Cal. August 9, 2017).

4. By telephone on August 18, 2017, Mr. Kashima indicated that he does not oppose CytoSport's *ex parte* application.

5. On August 23, 2017, Mr. Kashima confirmed by email that Plaintiffs do not oppose CytoSport's *ex parte* application and requested that CytoSport include in its *ex parte* application a paragraph setting forth Plaintiffs' position. Attached hereto as Exhibit B is a true and correct copy of that email.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 23, 2017     TUCKER ELLIS LLP

By:  *s/ Matthew I. Kaplan*
Matthew I. Kaplan
Attorney for Defendant
CytoSport, Inc.
Email: matthew.kaplan@tuckerellis.com