**<u>Exhibits to Declaration of Matthew I. Kaplan</u>**

| Exhibit | | Page No. |
|---|---|---|
| A | Civil Minutes – Oula Zakaria v. Gerber Products Co. | 3 |
| B | E-mail confirming Plaintiffs do not oppose CytoSport's ex parte | 33 |