| | |
|---|---|
| 1 | **NEIL DYMOTT FRANK MCFALL & TREXLER, PLC** |
| 2 | David P. Burke (State Bar. No. 200120)<br>    Email: DBurke@neil-dymott.com |
| 3 | 1010 Second Avenue, Suite 2500<br>San Diego, CA 92101 |
| 4 | Telephone: 619.238.1712<br>Facsimile:  619.238.1562 |
| 5 | **TUCKER ELLIS LLP** |
| 6 | Matthew I. Kaplan (State Bar No. 177242)<br>    Email: matthew.kaplan@tuckerellis.com |
| 7 | 515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223 |
| 8 | Telephone: 213.430.3400<br>Facsimile:  213.430.3409 |

**FAEGRE BAKER DANIELS LLP**
Sarah L. Brew, admitted *pro hac vice*
    Email: sarah.brew@faegrebd.com
Aaron D. Van Oort, admitted *pro hac vice*
    Email: aaron.vanoort@faegrebd.com
Christine R. M. Kain, admitted *pro hac vice*
    Email: christine.kain@faegrebd.com
Tyler A. Young, admitted *pro hac vice*
    Email: tyler.young@faegrebd.com
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone: 612.766.7000
Facsimile:  612.766.1600

Attorneys for Defendant, CytoSport, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, and LOGAN REICHERT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CYTOSPORT, INC., a California corporation,<br><br>    Defendant. | Case No. 3:15-cv-00165-L-DHB<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT CYTOSPORT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION** |

1

# **CERTIFICATE OF SERVICE**

I, Matthew I. Kaplan, certify and declare as follows:

I am over the age of 18 years and not a party to this action. I am employed by the law firm Tucker Ellis LLP, and my business address is 515 South Flower Street, 42nd Floor, Los Angeles, California 90071.

On the date indicated below, a true and correct copy of the documents entitled **DEFENDANT CYTOSPORT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION; and DECLARATION OF MATTHEW I. KAPLAN IN SUPPORT OF DEFENDANT CYTOSPORT, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION** were served electronically and will be available for viewing and downloading from the Court's CM/ECF system.

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Southern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am a member admitted to practice before the District Court for the Southern District of California and ECF registered user in this Court, and that the foregoing is true and correct.

Executed on August 23, 2017, at Los Angeles, California.

| Matthew I. Kaplan | */s/ Matthew I. Kaplan* |
|---|---|
| (Type or print name) | (Signature) |