UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>CYTOSPORT, INC<br><br>  Defendant. | Case No: 3:15-cv-00165-L-DHB<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION** |

For good cause shown, Defendant CytoSport, Inc.'s unopposed Ex Parte Application for Leave to File Notice of Supplemental Authority in Support of Defendant's Opposition to Class Certification is granted.

IT IS SO ORDERED.


Dated:  August 24, 2017

_____
Hon. M. James Lorenz
United States District Judge