FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

BARBAT, MANSOUR & SUCIU PLLC
Nick Suciu III, Esq. (*Pro Hac Vice*)
nicksuciu@bmslawyers.com
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone: (313) 303-3472

SOMMERS SCHWARTZ P.C.
Jason J. Thompson (*Pro Hoc Vice*)
JThompson@sommerspc.com
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 355-0300
Telephone: (248) 355-0300

*Attorneys for Plaintiffs
and the Classes*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, LOGAN REICHERT, and CHRIS ROMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>CYTOSPORT, INC., a California corporation,<br><br>　　　　　　Defendant. | Case No: 3:15-cv-00165-L-DHB<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing date:　June 10, 2019<br>Time:　　　　10:30 am<br>Judge:　　　Hon. M. James Lorenz<br><br>[No Oral Argument Unless Ordered by the Court] |

**TO THE HONORABLE M. JAMES LORENZ, THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE**, that on June 10, 2019 at 10:30 a.m.,[1] by and through their counsel, Plaintiffs and Class Representatives Chayla Clay, Erica Ehrlichman, Logan Reichert, and Chris Roman ("Plaintiffs"), will and hereby do move the Court for an order:

    1.    Granting preliminary approval of the proposed class Settlement, based on the terms included in the Settlement Agreement attached as Exhibit A to the accompanying Declaration of Trenton R. Kashima, as a fair and reasonable compromise of the Class's claims;

    2.    Certifying the Settlement Classes defined in the Settlement Agreement.

    3.    Finding the Class Notice is the best means practicable of providing notice under the circumstances and when completed shall constitute due and sufficient notice of the action, the Settlement, and the Fairness Hearing to all persons affected by or authorized to participate in the Settlement in full compliance with Federal Rules of Civil Procedure 23(c) and (e) and the requirements of due process;

    4.    Approving the form and content of the proposed Class Notice (attached as Exhibits B to the Agreement) and establishing a schedule for the dissemination of notice to the Class Members and the deadlines for the Class Members to object to or request exclusion from the Settlement, submit claims, and to file a Notice of Intent to Appear at the Final Approval Hearing;

    5.    Appointing Angeion Group as the Settlement Administrator; and

    6.    Scheduling a Fairness Hearing, at which Class Members may be heard, to determine all necessary matters concerning the Agreement, including

---

[1] No oral arguments will be held unless ordered by the Court.

whether the proposed Settlement is fair, adequate, and reasonable, whether this Court should grant final approval, whether there should be any attorney's fees and expense award and/or incentive award, and the amounts of any such awards.

This Motion is brought pursuant to Federal Rule of Civil Procedure 23(e) and is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, the Declarations of Trenton Kashima, Jason T. Thompson, Nick Suciu III, and Steven Weisbrot and the exhibits attached thereto, and the court record.

Dated: May 13, 2019          Respectfully submitted,

                             FINKELSTEIN & KRINSK LLP

                             /s/ Trenton R. Kashima

                             Trenton R. Kashima (291405)
                             Jeffrey R. Krinsk (109234)
                             550 West C St., Suite 1760
                             San Diego, California 92101
                             Telephone: (619) 238-1333
                             Facsimile:  (619) 238-5425

                             BARBAT, MANSOUR & SUCIU PLLC
                             Nick Suciu III, Esq. (*Pro Hac Vice*)
                             nicksuciu@bmslawyers.com
                             1644 Bracken Rd.
                             Bloomfield Hills, MI 48302
                             Telephone: (313) 303-3472

                             SOMMERS SCHWARTZ P.C.
                             Jason J. Thompson (*Pro Hoc Vice*)
                             JThompson@sommerspc.com
                             One Towne Square, 17th Floor
                             Southfield, MI 48076
                             Telephone: (248) 355-0300
                             Telephone: (248) 355-0300

                             *Attorneys for Plaintiffs and the Classes*