TABLE OF CONTENTS TO DECLARATION OF TRENTON R. KASHIMA

| Exhibit | Document | Page No. |
| --- | --- | --- |
| A | Settlement Agreement | 23 |
| B | Firm Resume | 85 |

# EXHIBIT B

# FINKELSTEIN & KRINSK LLP
ATTORNEYS AT LAW

550 WEST C STREET
SUITE 1760
SAN DIEGO, CALIFORNIA 92101

TELEPHONE (619) 238-1333
WEBSITE: WWW.CLASSACTIONLAW.COM

FACSIMILE (619) 238-5425
EMAIL: FK@CLASSACTIONLAW.COM

The following is a concise summary of the resume of the law firm of Finkelstein & Krinsk LLP. The named partners of this San Diego, California-based law firm have been recognized for successfully prosecuting hundreds of class action lawsuits since 1987. The firm's experience centers on the prosecution of violations of the federal and state securities and antitrust laws, the laws of corporate governance, including derivative actions, and business/consumer fraud cases.

## THE FIRM

Since its inception, the firm has specialized in investigating and prosecuting large-scale securities violations on behalf of private and institutional investors, as well as derivative claims arising from directors' failure to comply with their statutory duties. The firm is a long-standing member of the National Association of Securities and Commercial Law Attorneys and has received consistent recognition for its creative persistence in handling complex litigation.

The credentials of the firm include being appointed lead counsel and to executive committee positions on behalf of plaintiff classes in multiple successful securities fraud, shareholder derivative and consumer class action cases, including, for example, *In Re Chiron Shareholders Derivative Litigation*, a shareholder derivative action alleging various breaches of fiduciary duties; *In Re Chiron Shareholders Deal Litigation*, a shareholder class action involving a $4.5 billion merger transaction; *In Re Great American Bank Securities Litigation*, a class action alleging violations of the Federal Securities Acts; *In Re Safeskin Sec. Litig.* (same); *In Re Revlon Sec. Litig.* (same); *Risk v. Caribiner International*; *Hurst v. Monarch Equities Corporation*, a class action alleging violations of the Commodities & Exchange Act; *Weld v. Chiron Corp.*; *Chiment v. M/A-COM, Inc.*, a class action alleging violations of ERISA; *In Re State Farm Mutual Automobile Insurance Company*, a California resident consumer class action alleging unfair business practices; *In Re Manufacturers Life Insurance Premium Litigation*, a nationwide consumer class action alleging insurance fraud; *Levine v. The Guardian Life Insurance Company of America*, a California resident disability policyholder class action; In *Re Massachusetts Mutual Life Ins. Co. Vanishing Premium Sales Litig.*, a nationwide policyholder class arising out of "vanishing premium" life insurance policy sales practices; *Campbell v. AirTouch Cellular*, nationwide consumer class action against Verizon Wireless for violations of unfair trade practices (lead counsel in a nationwide consumer class of over 43 million consumers); *In Re DSL Service Cases*, a J.C.C.P. California resident class action involving claims of false advertising and consumer fraud (lead counsel in coordinated action); *Burton v. MTL Ins. Co.*, a nationwide policyholder class action involving violations of Illinois consumer fraud laws; *Kushner v. AT&T Corp.*, a California resident consumer class action (lead counsel); *Maugeri v. The Credit Store*, a nationwide consumer class action involving deceptive debt collection practices; and *Smith v. Wells Fargo*, a California resident consumer class action involving false advertisement claims (lead counsel); *Phebus v. Wells Fargo Bank* (lead counsel in coordinated action); *Feferman v. Hewlett Packard* (lead counsel); *Berensen v. Toyota Motor Corp.* (lead counsel); *Maugeri v. The Credit Store*, (lead counsel); *Sanai v. BMW of North America, LLC*; *Hahn v. Massage Envy Franchising LLC* (lead counsel).

# FINKELSTEIN & KRINSK LLP
ATTORNEYS AT LAW

The firm has successfully prosecuted hundreds of class action securities and consumer cases recovering hundreds of millions of dollars in losses suffered by victims of business, consumer and similar fraud recovering billions of dollars in losses.

In the insurance related area, the firm was lead counsel in *Tench v. Jackson National Life Ins. Co.*, an Illinois resident policyholder class for violations of Illinois consumer fraud laws arising from the sale of "vanishing premium" life insurance products; and *Albanoski v. American National Insurance Company*, a California resident class arising out of unlawful and deceptive sales practices involving the sale of universal life insurance products. In addition, the firm has also jointly prosecuted a number of cases throughout the United States against numerous insurance companies for various improper claims practices.

## **PARTNER**

**JEFFREY R. KRINSK**

Jeffrey R. Krinsk graduated in 1974 from Boston University Law School in Boston, Massachusetts, and was admitted to active practice in the State of New York on November 17, 1975. As an associate at the New York law firm of Norton & Christenson, he contributed to numerous cases involving intricate violations of federal law and, thereafter, participated in assorted complex litigation against large corporations and particularly the United States Government and/or the Corps of Engineers.

This extensive litigation experience resulted in Mr. Krinsk relocating to California after being asked to join Hang Ten International, Inc. as Staff Counsel and, shortly thereafter, became General Counsel and Chief Legal Officer. Mr. Krinsk was subsequently promoted to Chief Operating Officer and General Counsel for the corporation, overseeing and managing in excess of thirty-five law firms in over sixty countries while fulfilling corporate litigation and transactional needs. In 1983, Mr. Krinsk relocated to Los Angeles, California, after joining Guess?, Inc. as its President, assuming a broad array of related legal and operational responsibilities as its licensing head. Thereafter, Mr. Krinsk was elected Chairman and CEO of publicly-traded Fabulous Inns of America, conducting complex derivative and securities litigation on behalf of its shareholders. This substantial business experience has provided an invaluable perspective in the prosecution of class actions against corporate defendants. Mr. Krinsk has effectively prosecuted and managed a host of class actions for Finkelstein & Krinsk over the last twenty-five years.

Dec of T. Kashima
Ex. B Page 86

## ASSOCIATES

**DAVID J. HARRIS, JR.**

David J. Harris, Jr. joined Finkelstein & Krinsk LLP in 2015 and specializes in securities and consumer class actions. Prior to joining the Firm, Mr. Harris specialized in class action litigation at another leading plaintiffs' firm, representing institutional and individual investors in securities fraud actions nationwide. Mr. Harris was a member of two litigation teams that recovered over $100 million on behalf of aggrieved investors in mortgage-backed securities class actions. He was also part of a trial team that recovered $65 million from a healthcare services company on the eve of trial, in an action alleging securities fraud under the Securities Exchange Act of 1934. In addition, Mr. Harris achieved a $10 million recovery on behalf of damaged investors in an oil company that allegedly overstated its oil production prospects in an initial public offering. Mr. Harris was a member of the appellate team that won a landmark victory before the United States Supreme Court in *Omnicare, Inc. v. Laborers Dist. Council Construction Industry Pension Fund*, 135 S.Ct. 1318 (2015), which shaped and refined securities issuers' disclosure obligations under the Securities Act of 1933. He is currently representing the petitioner in a complex case pending before the California Supreme Court, which will determine the meaning of "insurance" under California law and the proper application of the California Insurance Code to risk-related consumer transactions.

Mr. Harris graduated from the Boston University School of Law in 2012. While in law school, Mr. Harris served as an editor of the *Review of Banking & Financial Law*, and as a student-attorney in Boston University's Criminal Practice Clinic. Mr. Harris was also selected as a Legal Writing Fellow to assist in teaching first-year law students' writing courses. Prior to law school, he worked as an operations analyst and project manager for a leading e-discovery services provider. Mr. Harris graduated *magna cum laude* from Rensselaer Polytechnic Institute in 2006, with a Bachelor of Science degree in Mathematics and a concentration in Operations Research.

Mr. Harris is admitted to practice in the State of California and in the United States District Courts for the Northern, Southern, Central, and Eastern Districts of California, and in the United States District Court for the Western District of Wisconsin.

**TRENTON R. KASHIMA**

Trenton R. Kashima joined Finkelstein & Krinsk LLP as an associate attorney in 2013 upon graduating from the University of San Diego School of Law. Mr. Kashima currently specializes in consumer class actions, with a particular emphasis on the false advertising of food and beverage products. While at Finkelstein & Krinsk LLP, Mr. Kashima lead discovery efforts in *Hahn v. Massage Envy Franchising LLC,* 3:12-cv-00153-DMS-BGS (S.D. Cal.). Mr.

Kashima also helped develop Finkelstein & Krinsk LLP's appellate practice, assisting in briefing *Heckart v. A-1 Self Storage et al.*, No. S232322 (Cal. 2016) and leading the firm's efforts in *Wiseley v. Amazon.com Inc.*, No. 15-56799 (9th Cir. 2015). In addition to practicing law, Mr. Kashima is currently an Adjunct Professor at the University of San Diego School of Law.

Prior to attending law school, Mr. Kashima was a student at the Maastricht University, in the Netherlands, where he earned an LL.M. in Globalization and Law. During his time at Maastricht University, Mr. Kashima was a Dutch National Semi-Finalist in the International Client Counseling Competition. Mr. Kashima earned his Juris Doctorate from the University of San Diego School of Law, where he was the Senior Editor of the San Diego Journal of Climate and Energy Law, an Honor Court Justice, and President of the VICAM (Vis International Commercial Arbitration Moot) team. During his time at USD School of Law, Mr. Kashima earned CALI Awards in Agency, Partnership & the LLC, Climate Change Law & Policy, and Anti-Trust. He also received the 2013 USD Enhancement Award.

Mr. Kashima was admitted to practice in the State of California on November 26, 2013. Mr. Kashima is also admitted to practice in the United States District Courts for the Central, Northern and Southern Districts of California, and Ninth Circuit Court of Appeals.

**JOSHUA C. ANAYA**

Joshua C. Anaya joined Finkelstein & Krinsk LLP as an associate attorney in 2018. Mr. Anaya dedicates his legal practice to fighting for consumers. Mr. Anaya zealously represents clients in all aspects of litigation. This includes developing an initial case strategy, executing the strategy with discovery and motion practice, leading trials, and handling appeals.

Besides representing consumers, Mr. Anaya prides himself in training other like-minded advocates. Mr. Anaya trained Marine Legal Services and Navy Judge Advocate Generals. At the 2014 National Association of Consumer Advocates (NACA) Auto Fraud Conference, NACA featured Mr. Anaya as a presenter and as a panel discussion leader. Working with Legal Aid Society of San Diego, Mr. Anaya received the Wiley W. Manuel Award. This award recognized Pro Bono Legal Services.

Mr. Anaya attended California Western School of Law on a scholarship. Mr. Anaya received his law degree in 2009. California Western award Mr. Anaya with the Professor Janeen Kerper Memorial Scholarship. This award recognized Excellence in Advocacy. As an undergraduate, Mr. Anaya attended the University of Hawai'i at Manoa. A life-long swimmer, Mr. Anaya represented the swim team as a scholar-athlete. Mr. Anaya graduated on the Dean's List from the Shidler School of Business.

Mr. Anaya is licensed to practice in all California state and federal courts.

For more information regarding the firm and a list of cases successfully prosecuted by the firm, please contact:

# FINKELSTEIN & KRINSK LLP
ATTORNEYS AT LAW

FINKELSTEIN & KRINSK LLP
Carol L. Grace
Firm Administrator
550 West C Street, Suite 1760
San Diego, California 92101
Tel: 619/238-1333 Fax: 619/238-5425

Dec of T. Kashima
Ex. B Page 89