FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 W. C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiffs
and the Putative Classes

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, and LOGAN REICHERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>CYTOSPORT, INC., a California corporation,<br><br>Defendant. | Case No: 3:15-cv-00165<br><br>PROOF OF SERVICE<br><br><br><br>Trial Date: _ None Set<br>Action Filed: January 23, 2015 |

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action. I am employed in the County of San Diego, State of California. My business address is 550 W. C Street, Suite 1760, San Diego, California 92101.

I served the following document(s) on May 13, 2019:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF NICK SUCIU III IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

0

PROOF OF SERVICE
Case No. 15cv00165

| | | |
|---|---|---|
| 1 | **DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** | |
| 2 | | |
| 3 | **DECLARATION OF JASON J. THOMPSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** | |
| 4 | | |
| 5 | | |
| 6 | **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** | |
| 7 | | |
|   | **DECLARTION OF STEVEN WEISBROT** | |
| 8 | | |
| 9 | **ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASSES, (2) PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, (3) APPROVING NOTICE PLAN, AND (4) SETTING FINAL APPROVAL HEARING** | |
| 10 | | |
| 11 | On the person(s) listed below: | |
| 12 | | |
| 13 | FAEGRE BAKER DANIELS LLP | *Attorneys for Defendant* |
|    | Sarah L. Brew, Esq. | |
|    | Christine Kain, Esq. | |
| 14 | Aaron D. Van, Esq. | |
|    | Tyler Young, Esq. | |
| 15 | Nicholas D. Teichen, Esq. | |
|    | 2200 Wells Fargo Center | |
| 16 | 90 S. Seventh Street | |
|    | Minneapolis, MN 55402 | |
| 17 | Telephone: (612) 766-7470 | |
| 18 | TUCKER ELLIS LLP | *Attorneys for Defendant* |
|    | Matthew I. Kaplan | |
| 19 | 515 South Flower, Street, 42nd Floor | |
|    | Los Angeles, CA 90071-2223 | |
| 20 | | |
| 21 | NEIL, DYMOTT, FRANK, MCFALL & TREXLER | *Attorneys for Defendant* |
| 22 | David Patrick Burke | |
|    | 1010 Second Avenue, Suite 2500 | |
| 23 | San Diego, CA 92101 | |
|    | | *Attorneys for Plaintiff* |
| 24 | BARBAT, MANSOUR & SUCIU PLLC | |
|    | Nick Suciu III, Esq. *Pro Hac Vice* | |
| 25 | nicksuciu@bmslawyers.com | |
|    | 1644 Bracken Rd. | |
| 26 | Bloomfield Hills, MI 48304 | |
|    | Telephone: (313) 303-3472 | |
| 27 | | |
| 28 | SOMMERS SCHWARTZ P.C. | *Attorneys for Plaintiff* |

1

Jason Thompson *Pro Hac Vice*
JThompson@sommerspc.com
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 355-0300
By the following means:

 **VIA U.S. MAIL:** I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is place for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

 **VIA OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address listed above. I placed the envelope or package for collection and overnight delivery to an office or a regularly utilized drop box of the overnight delivery carrier.

 **VIA ELECTRONIC TRANSMISSION:** Based on a court order or agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. (PROPOSED ORDER ONLY)

**XX VIA NOTICE OF ELECTRONIC FILING (ECF):** Electronic Services via the Court's CM/ECF system pursuant to CivLR 5.4(c).

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office, at whose direction the within service was made.

Executed: May 13, 2019, at San Diego, California.

            */s/ Trenton R. Kashima*
            Trenton R. Kashima

2

PROOF OF SERVICE
Case No. 15cv00165