FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

Attorneys for Intervenor,
Chris Roman

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, and LOGAN REICHERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CYTOSPORT, INC., a California corporation,<br><br>Defendant. | Case No: 3:15-cv-00165-L-DHB<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:   M. James Lorenz<br>Ctrm:    Courtroom 5B |

1  Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class
2  Settlement on May 13, 2017. (Dkt. 222). Plaintiffs respectfully requests leave to
3  supplement the record on their pending motion with an *en banc* decision from the
4  Ninth Circuit, *In re Hyundai & Kia Fuel Econ. Litig.,* 926 F.3d 539 (9th Cir. 2019)
5  (attached as Exhibit A). Good cause exists for this request because the *In re Hyundai*
6  *& Kia Fuel Econ. Litig.* decision directly addresses matters currently before the Court
7  in connection with Plaintiffs' Motion for Preliminary Approval and it was issued after
8  briefing on the motion closed.

10 DATED: August 7, 2019                    Respectfully submitted,

   FINKELSTEIN & KRINSK LLP

   By: /s/ Trenton R. Kashima

   Jeffrey R. Krinsk, Esq.
   Trenton R. Kashima, Esq.
   550 West C St., Suite 1760
   San Diego, CA 92101-3593
   Telephone: (619) 238-1333
   Facsimile:  (619) 238-5425

   BARBAT, MANSOUR & SUCIU PLLC
   Nick Suciu III, Esq. (*Pro Hac Vice*)
   nicksuciu@bmslawyers.com
   1644 Bracken Rd.
   Bloomfield Hills, MI 48302
   Telephone: (313) 303-3472

   SOMMERS SCHWARTZ P.C.
   Jason J. Thompson, Esq. (*Pro Hac Vice*)
   jthompson@sommerspc.com
   One Towne Square, 17th Floor
   Southfield, MI 48076
   Telephone: (248) 355-0300

   *Attorneys for Plaintiffs*
   *and the Putative Classes*