1  SOMMERS SCHWARTZ, P.C.
   Trenton R. Kashima, Esq. (SBN 291405)
2  tkashima@sommerspc.com
   402 West Broadway, Suite 1760
3  San Diego, California 92101
   Telephone: (619) 762-2126
4  Facsimile:  (619) 762-2123

5  [Additional Counsel Listed on Signature Page]

6  *Attorneys for Plaintiffs
   and the Classes*
7

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10
11 CHAYLA CLAY, ERICA                    | Case No: 3:15-cv-00165-L-DHB
   EHRLICHMAN,  LOGAN REICHERT,
12 and CHRIS ROMAN, individually and on  | **NOTICE OF RENEWED MOTION
   behalf of all others similarly situated,| AND  RENEWED MOTION FOR
13                                        | PRELIMINARY APPROVAL OF
                  Plaintiffs,             | CLASS ACTION SETTLEMENT**
14 v.
                                          | Hearing date: April 6, 2020
15 CYTOSPORT, INC., a California          | Time:         10:30 a.m.
   corporation,                           | Judge:        Hon. M. James Lorenz
16
                  Defendant.              | [No Oral Argument Unless Ordered by the
17                                                                          Court]
18

**TO THE HONORABLE M. JAMES LORENZ, THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE**, that on April 6, 2020 at 10:30 a.m.,[1] by and through their counsel, Plaintiffs and Class Representatives Chayla Clay, Erica Ehrlichman, Logan Reichert, and Chris Roman ("Plaintiffs"), will and hereby do move the Court for an order:

1. Granting preliminary approval of the proposed class Settlement, based on the terms included in the Amended Settlement Agreement ("Settlement Agreement") attached as Exhibit A to the accompanying Declaration of Trenton R. Kashima, as a fair and reasonable compromise of the Classes' claims;

2. Certifying the Settlement Classes defined in the Settlement Agreement.

3. Finding the Class Notice is the best means practicable of providing notice under the circumstances and when completed shall constitute due and sufficient notice of the action, the Settlement, and the Fairness Hearing to all persons affected by or authorized to participate in the Settlement in full compliance with Federal Rules of Civil Procedure 23(c) and (e) and the requirements of due process;

4. Approving the form and content of the proposed Class Notice and establishing a schedule for the dissemination of notice to the Class Members and the deadlines for the Class Members to request exclusion from the Settlement and submit claims;

5. Appointing Angeion Group, LLC as the Settlement Administrator; and

6. Scheduling a Fairness Hearing, at which Class Members may be heard, to determine all necessary matters concerning the Settlement Agreement, including whether the proposed Settlement Agreement is fair, adequate, and reasonable, whether this Court should grant final approval, whether there should be any attorney's fees and expense award and/or incentive award, and the amounts of any such awards.

---

[1] No oral arguments will be held unless ordered by the Court.

1   This Motion is brought pursuant to Federal Rule of Civil Procedure 23(e) and
2   is supported by the Memorandum of Points and Authorities filed contemporaneously
3   herewith, the Declarations of Trenton Kashima, Jason T. Thompson, Nick Suciu III,
4   and Steven Weisbrot and the exhibits attached thereto, and the court record.

Dated:  March 3, 2020            Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

/s/ Trenton R. Kashima

Trenton R. Kashima, Esq.
402 West Broadway, Suite 1760
San Diego, California 92101 Telephone:
(619) 762-2126
Facsimile:  (619) 762-2123

SOMMERS SCHWARTZ P.C.
Jason J. Thompson, Esq.
JThompson@sommerspc.com
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 355-0300
Telephone: (248) 355-0300

FINKELSTIEN & KRINSK LLP Jeffrey
R. Krinsk, Esq.
jrk@classactionlaw.com
550 West C Street, Suite 1760
San Diego, California 92101 Telephone:
(619) 238-1333
Facsimile:  (619) 238-5425

BARBAT, MANSOUR & SUCIU
PLLC Nick Suciu III, Esq.
nicksuciu@bmslawyers.com
1644 Bracken Rd.
Bloomfield Hills, MI 48302
Telephone: (313) 303-3472

*Attorneys for Plaintiffs and the Classes*