Trenton R. Kashima, Esq. (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Jason J. Thompson, Esq. (*Pro Hac Vice*)
jthompson@sommerspc.com
SOMMERS SCHWARTZ, P.C.
1 Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs
and the Classes*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYLA CLAY, ERICA EHRLICHMAN, LOGAN REICHERT, and CHRIS ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CYTOSPORT, INC., a California corporation,<br><br>Defendant. | Case No: 3:15-cv-00165-L-DHB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>Hearing date: October 19, 2020<br>Time: 10:30 a.m.<br>Judge: Hon. M. James Lorenz |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 19, 2020, at 10:30 a.m. in Courtroom 5b, located at 221 West Broadway, San Diego, California, the Honorable M. James Lorenz presiding, Plaintiffs Chayla Clay, Erica Ehrlichman, Logan Reichert, and Chris Roman will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) awarding Class Counsel combined attorneys' fees and litigation expenses of $4,149,585, and (2) approving an incentive award of $10,000 for each of Plaintiffs (collectively $40,000) for their time and effort in serving as Plaintiffs and Class Representatives.

This Motion is based on the parties' Amended Settlement Agreement and Release, and exhibits attached thereto ("Settlement Agreement") [ECF No. 232-8]; this Notice of Motion; Plaintiffs' Memorandum in Support of Motion for an Award of Attorneys' Fees, Expenses and Incentive Awards; Declarations of Trenton R. Kashima, Jeffrey R. Krinsk, and Nick Suciu III in support thereof; and upon such other matters as may be presented at the hearing.

This motion is made on the grounds, *inter alia*: (1) pursuant to the Settlement Agreement, defendant CytoSport, Inc. has agreed to pay Class Counsel attorneys' fees and litigation expenses up to 33.3 percent of the Settlement Benefit and attorneys' fees and litigation expenses are provided by the applicable statutory law; (2) the Settlement obtained by Class Counsel confers substantial and valuable benefits to the Settlement Class Members such that their fee request is reasonable and fair under the "Lodestar" or "Percentage-of-Recovery" analysis approved by the Ninth Circuit; (3) Class Counsel's expenses are their actual expenses, which were reasonable and necessary, and (4) a service award of $10,000 for each of the Plaintiffs is reasonable and fair for their time and effort as Plaintiffs in this action.

| | |
|---|---|
| Dated: September 2, 2020 | Respectfully submitted, |
| | SOMMERS SCHWARTZ, P.C. |
| | /s/ Trenton R. Kashima |
| | Trenton R. Kashima, Esq.<br>402 West Broadway, Suite 1760<br>San Diego, California 92101<br>Telephone: (619) 762-2126<br>Facsimile:  (619) 762-2123 |
| | Jason J. Thompson, Esq. (Pro Hac Vice)<br>jthompson@sommerspc.com<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, Suite 1700<br>Southfield, Michigan 48076<br>Telephone: (248) 355-0300<br>Facsimile: (248) 436-8453 |
| | BARBAT MANSOUR SUCIU & TOMINA PLLC<br>Nick Suciu III, Esq. (Pro Hac Vice)<br>nicksuciu@bmslawyers.com<br>6905 Telegraph Rd., Ste. 115<br>Bloomfield Hills, MI 48301<br>Telephone: (313) 303-3472 |
| | FINKELSTIEN & KRINSK LLP<br>Jeffrey R. Krinsk, Esq.<br>jrk@classactionlaw.com<br>550 West C Street, Suite 1760<br>San Diego, California 92101<br>Telephone: (619) 238-1333<br>Facsimile:  (619) 238-5425 |
| | *Attorneys for Plaintiffs*<br>*and the Putative Classes* |