1  Trenton R. Kashima, Esq. (SBN 291405)
   tkashima@sommerspc.com
2  SOMMERS SCHWARTZ, P.C.
   402 West Broadway, Suite 1760
3  San Diego, California 92101
   Telephone: (619) 762-2125
4  Facsimile: (619) 762-2127

5  Jason J. Thompson, Esq. (*Pro Hac Vice*)
   jthompson@sommerspc.com
6  SOMMERS SCHWARTZ, P.C.
   1 Towne Square, Suite 1700
7  Southfield, MI 48076
   Telephone: (248) 327-3084
8  Facsimile: (248) 436-8453

9  [Additional Counsel Listed on Signature Page]

10 *Attorneys for Plaintiffs*
   *and the Classes*

11

12

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | CHAYLA CLAY, ERICA EHRLICHMAN, LOGAN REICHERT, and CHRIS ROMAN, individually and on behalf of all others similarly situated, | Case No.: 3:15-cv-00165-L-DHB |

15

16 Plaintiffs,

17 v.

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

18 CYTOSPORT, INC., a California corporation,

19 Defendant.

Date:      October 19, 2020
Time:      10:30 a.m.
Judge:     Hon.  M. James Lorenz
Ct Rm:     Courtroom 5B

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 19, 2020 at 10:30 a.m. in Courtroom 5B of the above-titled Court located at Edward J. Schwartz United States Courthouse, 221 West Broadway San Diego, CA 92101, the Honorable M. James Lorenz presiding, Plaintiffs Chayla Clay, Erica Ehrlichman, Logan Reichert, and Chris Roman and Defendants Cytosport, Inc. respectfully request that this Court grant final approval of their Joint Stipulation of Class Settlement and Release (the "Settlement Agreement") and enter the proposed Final Approval Order and Judgment.[1]  Accordingly, Plaintiffs do and will move the Court to grant:

(1)     final approval of the Parties' Settlement Agreement pursuant to Federal Rule of Civil Procedure 23(e); and

(2)     class certification of the Settlement Class conditionally certified in the Court's Order Granting Class Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement [ECF No. 235] pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3).

The parties make this motion on the grounds that the Settlement was reached after arm's length negotiations by counsel for Plaintiffs and the Settlement Class and counsel for Defendant, offers fair and reasonable compensation to the Settlement Class, has drawn a favorable response from the Settlement Class, and should be given final approval by the Court for all the reasons set forth in the following memorandum in support of the motion.

The motion is based on this notice of motion and motion; the following memorandum in support of the motion; the accompanying declarations of Trenton Kashima and Steven Weisbrot in support of this motion; all matters of which the Court

---

[1] The Amended Settlement Agreement is attached Exhibit A to the Declaration of Trenton R. Kashima in support of Renewed Motion for Preliminary Approval of Class Settlement [ECF No. 232-7].

1   may take notice; and any oral and documentary evidence presented at the hearing on the

2   motion.

3

4   Dated: October 2, 2020,            Respectfully submitted,

5                                  SOMMERS SCHWARTZ, P.C.

6                                  /s/ Trenton R. Kashima

7                                  Trenton R. Kashima, Esq.
                                    402 West Broadway, Suite 1760

8                                  San Diego, California 92101
                                    Telephone: (619) 762-2126

9                                  Facsimile: (619) 762-2123

10                              Jason J. Thompson, Esq. (Pro Hac Vice)

11                              jthompson@sommerspc.com
                                  SOMMERS SCHWARTZ, P.C.

12                              One Towne Square, Suite 1700
                                  Southfield, Michigan 48076

13                              Telephone: (248) 355-0300
                                  Facsimile: (248) 436-8453

14

15                              BARBAT MANSOUR SUCIU & TOMINA PLLC
                                  Nick Suciu III, Esq. (Pro Hac Vice)

16                              nicksuciu@bmslawyers.com
                                  6905 Telegraph Rd., Ste. 115

17                              Bloomfield Hills, MI 48301
                                  Telephone: (313) 303-3472

18

19                              FINKELSTIEN & KRINSK LLP
                                  Jeffrey R. Krinsk, Esq.

20                              jrk@classactionlaw.com
                                  550 West C Street, Suite 1760

21                              San Diego, California 92101
                                  Telephone: (619) 238-1333

22                              Facsimile: (619) 238-5425

23

24                              *Attorneys for Plaintiffs*
                             *and the Putative Classes*

25

26

27

28